UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DAVERLYNN KINKEAD, individually and
on behalf of all others similarly situated,**

    **Plaintiff,**

v.                                                                              Case No.   3:15-cv-01637

**HUMANA INC.; HUMANA AT HOME,**               JURY TRIAL DEMANDED
**INC; and SENIORBRIDGE FAMILY**
**COMPANIES (CT), INC.,**

    **Defendants.**                                                        January 8, 2016

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HUMANA INC.,
HUMANA AT HOME, INC., AND SENIORBRIDGE FAMILY COMPANIES (CT), INC.**

    Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendants HUMANA INC., HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC., make the following disclosures:

    1.    All publicly held companies, if any, that own ten percent (10%) or more of a named party's stock:  Humana Inc. is a publicly traded Delaware corporation that is the parent company of Humana at Home, Inc., a privately held Delaware corporation.

    2.    SeniorBridge Family Companies (CT), Inc. is a privately held Connecticut corporation and a wholly owned subsidiary of Humana at Home, Inc.

Dated this 8th day of January, 2016.

          Respectfully submitted,

          */s/William C. Ruggiero*
          WILLIAM E. GROB
          Florida Bar Number 0463124
          (*Pro Hac Vice* Admission Pending)
          E-mail: william.grob@ogletreedeakins.com
          JENNIFER MONROSE MOORE
          Florida Bar Number 035602
          (Admitted *Pro Hac Vice*)
          E-mail: jennifer.moore@ogletreedeakins.com

          OGLETREE, DEAKINS, NASH, SMOAK &
            STEWART, P.C.

          100 North Tampa Street, Suite 3600
          Tampa, Florida 33602
          Telephone: 813.289.1247
          Facsimile: 813.289.6530

          AND

          WILLIAM C. RUGGIERO
          Connecticut Bar Number 29248
          E-mail: william.ruggiero@ogletreedeakins.com

          OGLETREE, DEAKINS, NASH, SMOAK &
            STEWART, P.C.

          Two Stamford Plaza
          281 Tresser Boulevard, Suite 602
          Stamford, Connecticut  06901
          Telephone: 203.969.3112
          Facsimile: 877.229.7662

          COUNSEL FOR DEFENDANTS HUMANA
          INC., HUMANA AT HOME, INC.; AND
          SENIORBRIDGE FAMILY COMPANIES
          (CT), INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 8, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Dan C. Getman | Philip Bohrer |
| Michael J.D. Sweeney | Scott E. Brady |
| Law Office of Dan Getman | Bohrer Brady LLC |
| 9 Paradies Lane | 8712 Jefferson Highway, Suite B |
| New Paltz, New York 12561 | Baton Rouge, Louisiana 70809 |
| E-mail: dgetman@getmansweeney.com | E-mail: phil@bohrerbrady.com |
| E-mail: msweeney@getmansweeney.com | E-mail: scott@bohrerbrady.com |
| (Counsel for Plaintiff) | (Counsel for Plaintiff) |

　　　　　　　　　　　　　　　　　　　　　　　*/s/William C. Ruggiero*
　　　　　　　　　　　　　　　　　　　　　　　Attorney

23465254.1