**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DAVERLYNN KINKEAD, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.                                    Case No.  3:15-cv-01637

HUMANA INC.; HUMANA AT HOME,        JURY TRIAL DEMANDED
INC; and SENIORBRIDGE FAMILY
COMPANIES (CT), INC.,

      Defendants.                        January 8, 2016

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HUMANA INC.,**
**HUMANA AT HOME, INC., AND SENIORBRIDGE FAMILY COMPANIES (CT), INC.**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendants HUMANA INC.,

HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC., make

the following disclosures:

1.      All publicly held companies, if any, that own ten percent (10%) or more of a

named party's stock:  Humana Inc. is a publicly traded Delaware corporation that is the parent

company of Humana at Home, Inc., a privately held Delaware corporation.

2.      SeniorBridge Family Companies (CT), Inc. is a privately held Connecticut

corporation and a wholly owned subsidiary of Humana at Home, Inc.

Dated this 8th day of January, 2016.

Respectfully submitted,

*/s/William C. Ruggiero*

WILLIAM E. GROB
Florida Bar Number 0463124
(*Pro Hac Vice* Admission Pending)
E-mail: william.grob@ogletreedeakins.com
JENNIFER MONROSE MOORE
Florida Bar Number 035602
(Admitted *Pro Hac Vice*)
E-mail: jennifer.moore@ogletreedeakins.com

OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.

100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530

AND

WILLIAM C. RUGGIERO
Connecticut Bar Number 29248
E-mail: william.ruggiero@ogletreedeakins.com

OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.

Two Stamford Plaza
281 Tresser Boulevard, Suite 602
Stamford, Connecticut  06901
Telephone: 203.969.3112
Facsimile: 877.229.7662

COUNSEL FOR DEFENDANTS HUMANA
INC., HUMANA AT HOME, INC.; AND
SENIORBRIDGE FAMILY COMPANIES
(CT), INC.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 8, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Dan C. Getman | Philip Bohrer |
| Michael J.D. Sweeney | Scott E. Brady |
| Law Office of Dan Getman | Bohrer Brady LLC |
| 9 Paradies Lane | 8712 Jefferson Highway, Suite B |
| New Paltz, New York 12561 | Baton Rouge, Louisiana 70809 |
| E-mail: dgetman@getmansweeney.com | E-mail: phil@bohrerbrady.com |
| E-mail: msweeney@getmansweeney.com | E-mail: scott@bohrerbrady.com |
| (Counsel for Plaintiff) | (Counsel for Plaintiff) |

*/s/William C. Ruggiero*
Attorney

23465254.1

3