# EXHIBIT "A"

DocuSign Envelope ID: 6233BCB5-B660-46D9-9BB3-0FDA1A7134A8

## CONSENT TO SUE UNDER THE FLSA

I, Grenesha Upton,  hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*., to secure any unpaid wages, minimum wages, overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with Humana at Home and/or Senior Bridge and/or any other associated parties.

I authorize Bohrer Brady, LLC and Getman & Sweeney, PLLC, and any associated attorneys, as well as any successors or assigns, to represent me in such action.

Dated: 1/26/2016

Grenesha B. Upton

Grenesha Upton