UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HUMANA AT HOME, INC. and SENIORBRIDGE FAMILY COMPANIES (CT), INC.<br><br>Defendants. | §<br>§<br>§<br>§   CASE NO. 3:15-cv-01637-JAM<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

NOTICE OF CHANGE OF LAW FIRM NAME

Please take notice that the law firm of Getman & Sweeney, PLLC has changed its name to Getman, Sweeney & Dunn, PLLC. The firm's mailing address, email address, telephone numbers, and facsimile numbers remain unchanged.

December 27, 2016

                                                      Respectfully submitted

                                                      *s/ Dan Getman*

                                                      Dan Getman
                                                      Michael J.D. Sweeney
                                                      GETMAN, SWEENEY & DUNN, PLLC
                                                      9 Paradies Lane
                                                      New Paltz, NY 12561
                                                      Telephone: (845)255-9370
                                                      Facsimile: (845) 255-8649
                                                      dgetman@getmansweeney.com

## Certificate of Service

I hereby certify that on this day, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF.

Dated: December 27, 2016

                                        Respectfully submitted

\                                     */s/ Dan Getman*

                                      Dan Getman
                                      Michael J.D. Sweeney
                                      GETMAN, SWEENEY & DUNN, PLLC
                                      9 Paradies Lane
                                      New Paltz, NY 12561
                                      Telephone: (845)255-9370
                                      Facsimile: (845) 255-8649
                                      dgetman@getmansweeney.com

                                      ATTORNEYS FOR PLAINTIFFS