# Exhibit 11

**COURT-AUTHORIZED NOTICE OF YOUR RIGHT TO "OPT-IN" TO LAWSUIT
AGAINST PROGRESSIVE CASUALTY INSURANCE COMPANY**

United States District Court for the District of Connecticut
<u>Joseph Carlone, et al. v. Progressive Casualty Insurance Co.</u>
Civ. A. No. 3:12-cv-00207-JCH

[DATE], 2013

Dear current or former employee of Progressive Insurance:

Enclosed is a consent form allowing you to join a lawsuit that has been filed by a former employee for Progressive Casualty Insurance Company ("Progressive") on behalf of anyone who has worked as a "file owner" for Progressive anywhere in the United States during the last three years (except for those file owners who worked for Progressive exclusively in either California, or in Progressive's Central Claims Unit). **This is a court-authorized notice.**

According to the company's records, you may be eligible to participate in this case because you worked as a file owner during the last three years outside California or the Central Claims Unit. In order to indicate your intent to become a plaintiff in this case, and obtain a portion of any judgment or settlement that may be entered in the plaintiff's favor, you must complete and return this consent form to the address below by **no later than [DATE], 2013.**

In this lawsuit, the plaintiff alleges that Progressive violated the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 <u>et seq</u>, because it did not pay its file owners overtime compensation when they worked more than 40 hours in a workweek. The FLSA requires that employers pay their employees overtime compensation when they work more than 40 hours in a workweek unless those employees fall into a particular "exempt" occupation. The plaintiff in this case contends that the file owners at Progressive do not work in one of the "exempt" occupations identified in the FLSA, and must be paid overtime compensation when they work more than 40 hours in workweek.

Progressive denies that it has violated the FLSA. It contends that its file owners are properly exempted from overtime compensation because they are "administrative professionals," and administrative professionals need not be paid overtime compensation under the FLSA. Progressive is currently being represented in this case by Lori Alexander at the law firm of Littler Mendelson, P.C., and Gregory Mersol and Stephen Sutton at Baker & Hostetler LLP.

Although Progressive disputes the merits of this case, it recognizes its employees' right to pursue these claims in court. Progressive has given its assurance that you will not be subject to retaliation of any kind by choosing to become a part of this case, and you will not be discharged or subject to discrimination in any manner if you choose to exercise your rights under the FLSA.

The case is in an early stage, and there has not been a decision by the court as to whether the plaintiffs' position or the company's position is the correct one. There has also not been any settlement reached. If you do not return the enclosed consent form by [DATE], 2013, you will not be considered part of this case and will be unable to receive a share of any settlement or judgment that the plaintiffs may obtain. If you do join the case the case, you will be bound by any ruling entered by the court or settlement reached by the parties.

The plaintiff who initiated this case will work with us to make decisions regarding the progress of this litigation, and we welcome your input as well into those decisions. You may also be asked to be a witness or to provide evidence in the case, although not all employees who submit a consent form will be required to do so.

**Again, to join this case, you must return the enclosed "opt-in" consent form to the address below no later than [DATE], 2013.** In the meantime, if you have any questions, do not hesitate to contact us at the phone numbers or e-mails provided below:

Shannon Liss-Riordan
Brant Casavant
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor 221
Boston, MA 02114
www.llrlaw.com
Tel: (617) 994 – 5800
Fax: (617) 994-5801
Alisha Ripley, Administrator
aripley@llrlaw.com

Rick Hayber
Erick Ignacio Diaz-Vazquez
HAYBER LAW FIRM LLC
221 Main Street, Suite 502
Hartford, CT 06106
www.hayberlawfirm.com
Tel: (860) 522 – 8888

**This notice has been authorized by the United States District Court.** Please do not contact the court; you may contact the counsel listed above with any questions you have.

Very truly yours,

*Rick Hayber*
*Shannon Liss-Riordan*

**NOTICE OF YOUR RIGHT TO "OPT-IN" TO LAWSUIT AGAINST WILLIAM NUNN; GREENLINE, LLC d/b/a ALACO SERVICES; and LRD CLEANING SERVICES, LLC**

**PLEASE BE ADVISED THAT THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE CLAIMS OR DEFENSES IN THIS MATTER. THIS NOTICE IS NOT AN EXPRESSION BY THE COURT OF ANY OPINION AS TO THE MERITS, IF ANY, OF THE LAWSUIT OR WHETHER THE CLAIMS ASSERTED CAN BE LITIGATED ON A COLLECTIVE ACTION BASIS.**

February        , 2017

**Dear Current or Former Cleaning Employee of William Nunn:**

This Notice informs you of the existence of a collective action lawsuit. Enclosed is a Consent Form allowing you to join a lawsuit that has been filed on behalf of cleaners who were hired by William Nunn; Greenline, LLC d/b/a Alaco Services; or LRD Cleaning Services, LLC to perform cleaning work at supermarkets.

**What this lawsuit is about:**

This lawsuit claims that cleaners hired by William Nunn, Greenline, LLC d/b/a Alaco Services, or LRD Cleaning Services, LLC worked for more than 40 hours a week without being paid overtime at the rate of time and one half for hours worked over forty in violation of the federal Fair Labor Standards Act ("FLSA").

William Nunn and Greenline, LLC d/b/a Alaco Services deny liability, assert that their pay practices were lawful, and maintain that cleaners were paid all overtime compensation owed.

The court has not made any decision yet about who is right, and/or whether this case will go to trial as a collective action.

**Who can join this lawsuit:**

If you are a current or former Cleaner who was hired by William Nunn, Greenline, LLC d/b/a Alaco Services, or LRD Cleaning Services, LLC from October 29, 2010 to the present, who was not paid overtime compensation for all time worked in excess of forty (40) hours per week, you have the right to join, or "opt-in", to this lawsuit.

If you do not join this lawsuit, you will not be able to participate in any settlement or judgment that the plaintiffs may obtain. If you do opt-in to the lawsuit, then you will be bound by the judgment of the federal court on all issues, including the reasonableness of any settlement.

The federal court may decide to dismiss your claim if it is determined that you are not similarly situated to other plaintiffs in the case or if discovery reveals evidence insufficient to establish one or more essential elements of your claim. You are entitled to join this case even if you were paid a salary.

**Immigration status:**

Your immigration status does not affect your entitlement to recover back wages or to participate in this lawsuit.

**No retaliation:**

If you join the lawsuit, federal law prohibits the defendants from retaliating against you as a result of your participation.

**How to join:**

You are entitled to retain your own counsel, should you choose to join this litigation, as an alternative to the lawyers identified below.

To join the case and be represented by the lawyers who are handling this case, you must fill out and return the enclosed Consent Form to:

Getman & Sweeney 9 Paradies Lane
New Paltz, NY 12561 Fax: (845) 255-8649
Email: cmow@getmansweeney.com

**You must join the case by mail, e-mail, or fax postmarked or sent (with fax confirmation) or on or before   Monday, May 8, 2017   .**

If you fail to meet this deadline, you will not be allowed to participate in the lawsuit. The Cleaners in this case are also being represented by Lichten & Liss-Riordan, P.C., 100 Cambridge Street, 20th Floor, Boston, MA 02114 (www.llrlaw.com).

Questions?  Contact Plaintiffs' Lawyers at 845-255-9370 or by email at: cmow@getmansweeney.com.  Do not contact the court, the court's clerk, or the judge.  They are not permitted to address your inquiries or questions.

**Garcia, et al. v. William Nunn, Alaco Services, and LRD Cleaning Services;**
**United States District Court for the Eastern District of Pennsylvania**
**Civil Action Number 13-cv-06316-LS**

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.      I consent and agree to pursue my claims for unpaid overtime compensation arising out my employment as a cleaner for William Nunn, Greenline, LLC d/b/a Alaco Services, and/or LRD Cleaning Services, LLC in connection with the above-referenced lawsuit.

2.      I work/worked as a cleaner from on or about _____ (month, year) to on or about _____ (month, year).  I work/worked at the following stores:

_____ located in _____(city, state)

_____ located in _____(city, state)

3.      I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court and/or any settlement of this action.

4.      I hereby designate Dan Getman of Getman & Sweeney, 9 Paradise Lane, New Paltz, NY 12561, and Shannon Liss-Riordan of Lichten & Liss-Riordan, P.C., 100 Cambridge Street, 20th Floor, in Boston, Massachusetts 02114 (Plaintiffs' Counsel), to represent me for all purposes in this action.

Signature: _____     Date: _____

Name: _____

Address: _____

Telephone: _____     E-Mail: _____

To join this suit, you must complete and return this form by mail, email, or fax postmarked or sent (with fax confirmation) on or before **Monday, May 8, 2017,** to:

Getman & Sweeney
9 Paradies Lane
New Paltz, New York  12561
Fax: (845) 255-8649
Email: cmow@getmansweeney.com

## NOTICE OF YOUR RIGHT TO JOIN A LAWSUIT AGAINST BLOOMBERG, L.P.

[insert date of mailing]

Dear Current or Former Analytics Representative for Bloomberg, L.P.:

Enclosed is a Consent to Sue form allowing you to join a lawsuit that has been filed by Eric Michael Roseman (the "named plaintiff") on behalf of Analytics Representatives, Analytics Specialists, and Advanced Analytics Specialists in Bloomberg's Financial Product Sales and Analytics. The lawsuit seeks unpaid overtime wages and liquidated damages.  The lawsuit is being heard by the U.S. District Court for the Southern District of NY. The U.S. District Court, which is hearing this case, has entered an order authorizing Getman & Sweeney to send you this notice informing you of your right to file a Consent to Sue form in order to join this case.  If you do not join this lawsuit, you will not be able to receive any share of any settlement or judgment that the Representatives may obtain under federal law.  If you do join the lawsuit you will be bound by the result, whether favorable or unfavorable.

You will not be obligated to pay the lawyers for their costs or legal fees to participate, except that the Court may award the lawyers' fees either as a share of any fund awarded to the class or based on their billings to be paid by Bloomberg if the case is successful.  If the case is unsuccessful, the lawyers will be paid nothing and you will not owe any money for attorneys' costs or fees.

**What this lawsuit is about:**
The lawsuit claims that Bloomberg failed to pay the Plaintiffs overtime premium pay at the rate of time and one half for those work weeks where they worked in excess of forty hours in violation of the Federal Fair Labor Standards Act.  The lawsuit seeks back pay and liquidated damages.  Bloomberg does not agree that it violated the law and the Judge who will hear the case has not made any decision yet about who is right.

**Who can join this lawsuit:**
If you are a current or former Analytics Representative for Bloomberg who worked at any point in the last three years, you may file a Consent to Sue form, in order to have your federal FLSA claims heard as part of this case.  The case is also brought as a class action under New York Labor Law for Representatives who worked from April 14, 2008 to the present; however, the availability of a class action to handle state claims has not yet been decided by the Court.  You are entitled to join this case even though Bloomberg paid you on a salary basis.

**No retaliation:**
The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, you may not be terminated or subjected to discrimination in any manner because of your exercise of rights under the FLSA, including by joining this lawsuit.  Bloomberg has specifically assured the Court that it will not retaliate against any Representatives who opt-in to this case.   Although Bloomberg disputes the claims raised in the case, it recognizes the Representatives' right to pursue these claims.

**How to join:**

To join the case and be represented by the lawyers who are handling this case, you must fill out and return the enclosed Consent To Sue form by fax, email or mail to: Getman & Sweeney, 9 Parodies Lane, New Paltz, NY 12561. Fax: 1 (888) 461-1832. Email: AnalyticsParalegal@ getmansweeney.com.

Your Consent form must be postmarked or delivered no later than [insert date 60 days from mailing]. You have the right to be represented by your own lawyer if you wish. More detailed information can be learned by calling the lawyers representing the Analytics Representatives at 845-255-9370, or by viewing the lawyers' website at GetmanSweeney.com.

**Questions?   Contact Getman & Sweeney at 845-255-9370 or E-mail:**
**AnalyticsParalegal@getmansweeney.com**