# EXHIBIT "3"

**GETMAN, SWEENEY & DUNN, PLLC**
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370

Dear current or former home care worker employee of Humana at Home, Inc. and/or SeniorBridge Family Companies:

On [insert date], you were mailed a Notice of a Collective Action Lawsuit and Your Opportunity to Join and a Consent to Sue form. If you want to participate in the lawsuit to recover unpaid wages you must return your Consent to Sue form no later than [insert date] to: Getman, Sweeney & Dunn, PLLC, 9 Paradies Lane, New Paltz, NY 12561. If you lost the form or have any questions, contact us at [phone].

GETMAN, SWEENEY & DUNN, PLLC
9 Paradies Lane
New Paltz, NY 12561

Name
[Address]
[Address]

Overtime lawsuit against: Humana, Inc., Humana at Home, Inc., and SeniorBridge Family Companies. See other side for details.