UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, individually and on behalf of all others similarly situated, <br>     Plaintiff <br><br> v. <br><br> HUMANA, INC., HUMANA AT HOME, INC., AND SENIORBRIDGE FAMILY COMPANIES (CT), INC., <br>     Defendants | CIVIL NO.: 3:15-cv-01637 (JAM) <br><br><br><br> AUGUST 21, 2017 |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT REVISED REPORT OF PARTIES' PLANNING MEETING PURSUANT TO RULE 26(F)**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendants hereby respectfully move for a thirty (30) day enlargement of time, up to and including September 21, 2017, within which to confer and submit a revised Report of Parties' Planning Meeting Pursuant to Rule 26(f). In support of this Motion, Defendants state as follows:

1. Pursuant to the Court's January 24, 2017 Order, the current deadline for the parties to submit a revised Report of Parties' Planning Meeting is August 22, 2017. Dkt. #93.

2. Good cause exists for the granting of this Motion because counsel for Plaintiff and Defendants are in the process of conferring on a discovery proposal to streamline and limit the written discovery and depositions that will be requested from all parties, including discovery from and relating to the approximately 186 individuals who have filed Consents to Join this action.[1]  Dkt. #114.

---

[1] Plaintiff has continued to file Consents to Join this action after the August 6, 2017 deadline to opt-in. Dkt. #156-161. The parties will also confer regarding the status of these individuals and any impact they may have on the

1

3. The parties will not be able to ascertain what deadlines to propose for discovery and dispositive motions until agreement is reached on the above issues, or the parties conclude that court intervention is needed to resolve same.

4. This is the second motion for enlargement of time to submit a Rule 26(f) report filed in this case (Dkt. 34, 36), but the first request for enlargement of time relating to Rule 26 planning as to the 186 opt-in Plaintiffs identified in Paragraph 2 above.

5. Counsel for Plaintiff joins this motion for enlargement of time.

WHEREFORE, Defendants respectfully move for a thirty (30) day extension of time, up to and including September 21, 2017, to file a revised Report of Parties' Planning Meeting Pursuant to Rule 26(f).

DEFENDANTS,
HUMANA INC., HUMANA AT HOME, INC., AND SENIORBRIDGE FAMILY COMPANIES (CT), INC.

By: */s/ Kristi Rich Winters*
David R. Golder (ct 27941)
golderd@jacksonlewis.com
Noel Tripp (pro hac vice)
trippn@jacksonlewis.com
Kristi Rich Winters
kristi.winters@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

---

discovery schedule.  Defendants reserve all rights with respect to these individuals, including the right to challenge whether they are properly joined to the instant action.

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on this 21st day of August 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Kristi Rich Winters*
Kristi Rich Winters