UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVERLYNN KINKEAD,<br>individually and on behalf of all<br>others similarly situated,<br>    Plaintiff<br><br>v.<br><br>HUMANA, INC., HUMANA AT<br>HOME, INC., AND SENIORBRIDGE FAMILY<br>COMPANIES (CT), INC.,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO.: 3:15-cv-01637 (JAM) |

## AFFIDAVIT OF MICHAEL ALLEN

I, Michael Allen, being first duly sworn, do depose and say:

1. I am over the age of 18 and believe in the obligations of an oath.

2. This Affidavit is prepared in connection with the Defendant's Opposition to Plaintiffs' Motion to Amend the Complaint in the above-captioned matter.

3. I am currently employed as the Market Vice President by Humana at Home, Inc. ("Humana"). In my capacity as a Humana employee, and based upon my review of company records, I can attest to the accuracy of the facts stated in this affidavit.

4. The principal executive office for Humana at Home, Inc. is located at 845 Third Ave 7th FLR, New York, NY 10022. This is the location where I work.

5. In addition to me, the following individuals were involved with the decision to determine how to compensate Humana at Home's home health aides: Kathy Driscoll, Vice President of Humana at Home, Inc.; Jackie Morrison, Strategic Executive of Humana at Home, Inc., and Eric Rackow, former President of Humana at Home, Inc. Ms. Driscoll and Ms. Morrison also work in the principal executive office in New York. Eric Rackow is retired from Humana but formerly worked in the New York office.

6. Personnel files and information for the New York home health aides are located in New York and Louisville, KY.

_____
Michael Allen

- 2 -

Sworn and subscribed to before me
this the _10th_ day of October 2017

_[signature]_

Notary Public
My Notary Commission Expires On:  8/31/2019

MELISSA F STROCK
Notary Public - State of New York
NO. 01ST6329682
Qualified in New York County
My Commission Expires Aug 31, 2019

4851-4678-5361, v. 1

- 2 -