UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, Individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No.: 3:15-cv-01637(JAM) |
| HUMANA, INC., HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC. | ) ) ) ) ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

Plaintiff, Daverlynn Kinkead, by and through her attorney, Philip Bohrer, Bohrer Brady, LLC, certifies that on November 28, 2017, Plaintiff served via email, its 30(b)(6) Notice of Deposition on Defendants, Humana, Inc., Humana at Home, Inc. and SeniorBridge Family Companies (CT), Inc., on counsel as follows:

David R. Golder
Jackson Lewis – PC
90 State House Sq., 8th Floor
Hartford, CT 06103
golderd@jacksonlewis.com

Noel P. Tripp
Jackson Lewis P.C.
58 S. Service Road, Suite 250
Melville, NY 11747
trippn@jacksonlewis.com

Respectfully submitted:

By: /s/ Philip Bohrer
    Philip Bohrer
    phil@bohrerbrady.com
    BOHRER BRADY, LLC
    8712 Jefferson Highway, Suite B
    Baton Rouge, Louisiana 70809
    Telephone: (225) 925-5297
    Facsimile: (225) 231-7000

    -and-

Dan Getman (ct22515)
dgetman@getmansweeney.com
Michael J.D. Sweeney, Esq.
msweeney@getmansweeney.com
GETMAN & SWEENEY, PLLC
P.O. Box 3491
Kinston, NY 12042
Telephone: (845) 255-9370
Facsimile: (845) 255-8649

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Philip Bohrer