UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, Individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>HUMANA, INC., HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC.<br><br>        Defendants. | Case No.: 3:15-cv-01637(JAM) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, for the reasons set forth in Plaintiffs' Brief in Support of Motion to Certify State Law Classes, the Declaration of Michael Sweeney, and the exhibits attached thereto, Plaintiffs hereby move this Court for an order:

1. Certifying the following classes pursuant to Rule 23(b)(3):

    a.  All current or former home healthcare workers employed in Connecticut by Humana, Humana at Home, Inc., SeniorBridge Family Companies (CT) and/or any of its or their predecessors or affiliated entities between January 1, 2015 and October 12, 2015 (Connecticut Effective Date Class)

    b.  All current or former home healthcare workers employed in New York by Humana, Humana at Home, Inc., SeniorBridge Family Companies, and/or any of its or their predecessors or affiliated entities between January 1, 2015 and October 12, 2015 (New York Effective Date Class)

    c.  All current or former home healthcare workers employed in Connecticut by Humana, Humana at Home, Inc., SeniorBridge Family Companies (CT) and/or any of its or their predecessors or affiliated entities who worked 24-hour or live-in shifts at any time between January 1, 2015 and January 25, 2016 (Connecticut Unpaid Hours Class)

    d.  All current or former home healthcare workers employed in New York by Humana, Humana at Home, Inc., SeniorBridge Family Companies (CT) and/or any of its or their predecessors or affiliated entities who worked 24-hour or live-in shifts at any time between November 11, 2009 and the present. (New York Unpaid Hours Class)

1

2. Appointing the undersigned as Class Counsel pursuant to Fed.R.Civ.P. 23(g)

3. Authorizing Plaintiffs to issue the notice forms attached to the Motion for Class Certification as Exhibits 7 and 8 by mail;

4. Giving putative class members a period of 30 days from the date that notice is issued to opt-out of this action;

5. Requiring Defendants to provide Plaintiffs, in electronically readable form, the names, address, email address, and any employer number or unique identifier of all class members.

PLEASE TAKE FURTHER NOTICE that the motion will be heard at the Richard C. Lee United States Court House, 141 Church Street, New Haven, Connecticut at a date to be set by the Court.

May 4, 2018

                                Respectfully Submitted

                                */s/ Michael J.D. Sweeney*
                                Michael J.D. Sweeney, Esq.
                                Getman, Sweeney & Dunn, PLLC
                                250 Fair Street
                                Kingston, New York 12401
                                Telephone: (845) 255-9370
                                Fax: (845) 255-8649
                                Email: msweeney@getmansweeney.com