UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, <br> individually and on behalf of all <br> others similarly situated, <br>     Plaintiff <br> <br> v. <br> <br> HUMANA, INC., HUMANA AT <br> HOME, INC., AND SENIORBRIDGE FAMILY <br> COMPANIES (CT), INC., <br>     Defendants | CIVIL NO.: 3:15-cv-01637 (JAM) <br> <br> <br> SEPTEMBER 6, 2018 |

## JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, the Parties respectfully move this Court for an extension of the dispositive motion deadline in the above-captioned case for 30 days after the latter of the following: (1) a ruling on Plaintiffs' pending Motion to Amend the Complaint and (2) the closing of discovery, which includes any and all reasonable and necessary extensions to the discovery deadline per the Parties' prior agreement regarding depositions of five additional opt-in Plaintiffs.

In support of this Motion, the Parties state as follows:

1.     The current deadline for filing a motion for summary judgment is "30 days after the close of discovery on September 30, 2018." (Dkt. No. 175.) This deadline was set in the General Scheduling Order, which set the discovery deadline as August 31, 2018.

2.     On August 16, 2018, the Parties filed a Joint Motion for Extension of the Discovery Deadline until September 30, 2018 (Dkt. No. 262) in which the Parties agreed that Defendants would be able to depose five additional opt-ins given the supplemental notice that was issued on July 23, 2018, allowing all additional potential opt-ins up and until September 21, 2018

1

within which to file Consents to Join.  The Parties also agreed to have a good faith discussion toward the end of September to discuss whether an additional extension of the discovery deadline will be necessary to conduct these depositions.

3. This Court granted the Parties' Joint Motion for Extension of the Discovery Deadline, making the new discovery deadline September 30, 2018.  (Dkt. No. 264.)

4. A few weeks ago (August 10, 2018), Plaintiffs filed a Second Motion to Amend the Complaint to add a new class representative, Shirley Caillo, for the New York Class. (Dkt. No. 256.)  Defendants oppose Plaintiffs' Motion, and filed their opposition last week.  (Dkt. No. 267.)

5. This week (September 4), the Court set a hearing on Plaintiffs' pending Motion to Amend the Complaint for October 10, 2018.  (Dkt. No. 268.)

6. Given these intervening events, the Parties assert there is good cause for the scheduling order to be amended as to the dispositive motion deadline.

WHEREFORE, the Parties respectfully move for an extension of the dispositive motion deadline, which is currently set for September 30, 2018, to 30 days after the latter of the following events: (1) a ruling issued on Plaintiffs' Second Motion to Amend the Complaint and (2) the closing of discovery.

        DEFENDANTS,
        HUMANA INC., HUMANA AT HOME, INC.,
        AND SENIORBRIDGE FAMILY COMPANIES
        (CT), INC.


By: */s/ David R. Golder*
     David R. Golder (ct 27941)
     golderd@jacksonlewis.com
     Noel Tripp (pro hac vice)
     trippn@jacksonlewis.com
     Kristi Rich Winters
     kristi.winters@jacksonlewis.com
     Jackson Lewis P.C.
     90 State House Square, 8th Floor
     Hartford, CT 06103
     P: (860) 522-0404
     F: (860) 247-1330


     PLAINTIFFS, DAVERLYNN KINKEAD
     AND CLAUDE MATHIEU

By: /s/ Philip Bohrer
     Philip Bohrer
     phil@bohrerbrady.com
     BOHRER BRADY, LLC
     8712 Jefferson Highway, Suite B
     Baton Rouge, Louisiana 70809
     Telephone: (225) 925-5297
     Facsimile: (225) 231-7000

        -and-

     */s/* Michael J.D. Sweeney, Esq.
     Michael J.D. Sweeney
     msweeney@getmansweeney.com
     GETMAN, SWEENEY & DUNN, PLLC
     260 Fair Street Kinston, NY 12041
     Telephone: (845) 255-9370
     Facsimile: (845) 255-8649

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on this 6th day of September 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ David R. Golder*
David R. Golder