UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVERLYNN KINKEAD, | ) | |
| CLAUDE MATHIEU, and | ) | |
| SHIRLEY CAILLO, Individually | ) | |
| and on behalf of others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No.: 3:15-cv-01637(JAM) |
| HUMANA, INC., HUMANA AT HOME, | ) | |
| INC., and SENIORBRIDGE FAMILY | ) | |
| COMPANIES (CT), INC. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION REGARDING CLASS NOTICES**

The Parties have conferred and do hereby jointly stipulate that the notices attached as Exhibits C and D should be sent to the Connecticut and New York putative class members in this action. Plaintiffs disagree with Defendants' reading of the decision by the New York Court of Appeals in *Andryeyeva v. N.Y. Health Care, Inc.*, 2019 NY Slip Op 02258, APL-2018-00038 (N.Y. Mar. 26, 2019) but have agreed to limit the New York class to January 25, 2016, in the interest of getting notice issued promptly without prejudice to arguments that may be raised at summary judgment. The class notices will provide putative members of each class with a 30-day period to opt-out of the action. Defendants will provide to Plaintiffs, in electronically readable form, the names, address, email address, and any employer number or unique identifier of all class members within 14 days.

Defendants have notified Plaintiffs that they intend to file a Rule 23(f) Petition to the Second Circuit regarding this Court's Order on class certification (dkt. 293) and requested that notice in this case be staying pending the outcome of that Petition.   Plaintiffs indicated that they would not

1

consent to a stay.   The Plaintiff in the related *Green* litigation indicated that Plaintiff also intended to

file a Rule 23(f) Petition to the Second Circuit regarding this Court's Order on class certification

(dkt. 293).   Defendants intend to file a motion to stay the notice process in this matter.

April 1, 2019

Respectfully Submitted

*/s/ Michael J.D. Sweeney*

*Michael J.D. Sweeney, Esq. (pro hac vice)*
*Artemio Guerra, Esq.*
*GETMAN, SWEENEY & DUNN, PLLC*
*250 Fair Street*
*Kingston, New York 12401*
*Telephone: (845) 255-9370*
*Fax: (845) 255-8649*
*msweeney@getmansweeney.com*
*aguerra@getmansweeney.com*

*Philip Bohrer, Esq. (pro hac vice)*
*Scott E. Brady, Esq. (pro hac vice)*
*BOHRER BRADY LLC*
*8712 Jefferson Highway, Ste. B*
*Baton Rouge, LA 70809*
*Tel: 225-925-5297*
*Fax: 225-231-7000*
*Phil@bohrerbrady.com*
*Scott@bohrerbrady.com*

*Attorneys* for Plaintiffs and the Putative
Class

*/s/ David R. Golder*

David R. Golder (CT 27941)
Noel P. Tripp (pro hac vice)
JACKSON LEWIS P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
Telephone (860) 52-0404

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2019, my office caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.   Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.


*/s/ Michael J.D. Sweeney*

Michael J.D. Sweeney