UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, et al., individually and on behalf of all others similarly situated,<br>      Plaintiff<br><br>v.<br><br>HUMANA, INC., HUMANA AT HOME, INC., AND SENIORBRIDGE FAMILY COMPANIES (CT), INC.,<br>      Defendants | CIVIL NO.: 3:15-cv-01637 (JAM) |

**JOINT STIPULATION AND MOTION TO MOVE DISPOSITIVE DEADLINE 30 DAYS AND STAY CLASS NOTICE PENDING THE SECOND CIRCUIT'S RULING ON HUMANA'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO RULE 23(f)**

WHEREAS, this Court certified four classes pursuant to FRCP 23, Doc 293;

WHEREAS, the Parties have agreed upon the forms of class notice, Doc 298;

WHEREAS, Defendants have filed a Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f) in the United States Court of Appeals for the Second Circuit, Doc. 301;

WHEREAS, Defendants have moved this Court for a stay of dissemination of Rule 23 class notice pending the Second Circuit's ruling on their Petition and subsequent ruling should the Second Circuit grant their Petition, Doc 302;

WHEREAS, the dispositive deadline in this matter is currently set for April 17, 2019;

WHEREAS, The Parties have met and conferred on Defendants' motion to stay and the current dispositive deadline;

The Parties hereby stipulate and respectfully request that this Court move the dispositive deadline thirty days, up to including, May 17, 2019.  The Parties also hereby stipulate and respectfully request that dissemination of the Rule 23 class notices should be stayed pending the

Second Circuit's ruling on Defendants' Petition and a subsequent ruling should the Circuit grant their Petition, and that, other than dispositive deadline noted herein, the stay shall not stay or otherwise affect any aspect of the litigation other than staying the issuance of notice.

Dated: April 11, 2019

DEFENDANTS, SENIOR BRIDGE FAMILY
COMPANIES (CT), INC., ET AL.

BY: */s/David R. Golder*
    David R. Golder
    Noel P. Tripp

PLAINTIFFS, DAVERLYNN KINKEAD,
CLAUDE MATHIEU, and SHIRLEY CAILLO

BY: */s/Michael J.D. Sweeney*
    Michael J.D. Sweeney

**SO ORDERED**

_____
Jeffrey Alker Meyer
United States District Judge

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on this 11 day of April, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ *Michael J.D. Sweeney*

Michael J.D. Sweeney