UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, Individually and on behalf of others similarly situated, )<br><br>Plaintiff,<br>vs.<br><br>HUMANA, INC., HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 3:15-cv-01637(JAM)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the Brief in Support of Plaintiffs' Motion for Partial Summary Judgment, and in the Declaration of Artemio Guerra, and the exhibits attached thereto, and Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs' partial summary judgment finding that:

(1) The FLSA opt-in Plaintiffs are entitled to summary judgment on their unpaid FLSA overtime claim for all hours worked in excess of 40 hours during the period January 1 to October 15, 2015.  In calculating damages, workers assigned live-in shifts are to be credited for 24 hours of work per shift and their regular rate is their daily wage divided by 8 hours.

(2)  The Connecticut Effective Date Class is entitled to summary judgment on their claims for unpaid State overtime for hours worked in excess of 40.  In calculating damages the regular rate shall be the same as the regular rate for purposes of the FLSA and Class members working live-in shifts are entitled to credit for 24 hours of work per shift.  In addition, if, as a result of crediting 24 hours per shift, Class Members have unpaid straight time hours occurring

1

in overtime weeks, they are entitled to compensation for those hours at their regular rate.

(3) The Connecticut Unpaid Hours Class is entitled to summary judgment on their claim for unpaid hours of work occurring between January 1, 2015 and January 25, 2016, that result from crediting class members with 24 hours of work per live-in shift.   Class members are entitled to their regular rate for unpaid straight time hours and time-and-a-half for unpaid overtime hours. The regular rate for class members is the same as the regular rate for purposes of the FLSA.

(4) The New York Effective Date Class is entitled to summary judgment on their claim for unpaid State overtime for hours worked in excess of 40.   In calculating damages, the regular rate shall be the same as the regular rate for purposes of the FLSA and Caregivers working live-in shifts are entitled to be credited with 24 hours of work per shift.   In addition, Class Members are also entitled to their regular rate for any unpaid straight time hours occurring in overtime weeks.

(5) The New York Unpaid Hours Class is entitled to summary judgment on its claim for unpaid hours of work occurring between November 11, 2009 and January 25, 2016, that result from crediting class members with 24 hours per live-in shift.   Prior to January 1, 2015, class members are entitled to their regular rate for all unpaid straight time hours of work and their regular rate or 1.5 times the NY minimum wage for overtime hours, whichever is greater.   After January 1, 2015 class members are entitled to their regular rate for unpaid straight-time hours and time and a half that rate for unpaid overtime hours.   In calculating damages, the regular rate shall be the same as the regular rate for purposes of the FLSA.

PLEASE TAKE FURTHER NOTICE that the motion will be heard at the Richard C. Lee United States Court House, 141 Church Street, New Haven, Connecticut at a date to be set by the Court.

May 17, 2019

                                      Respectfully Submitted

                                      */s/ Michael J.D. Sweeney*
                                      Michael J.D. Sweeney, Esq.
                                      Getman, Sweeney & Dunn, PLLC
                                      250 Fair Street
                                      Kingston, New York 12401
                                      Telephone: (845) 255-9370
                                      Fax: (845) 255-8649
                                      Email: msweeney@getmansweeney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, I caused the foregoing to be electronically filed the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Michael J.D. Sweeney