# EXHIBIT 2

| Last | First | State (Work) | State (Residence) | CTS Date | Dkt |
|---|---|---|---|---|---|
| Ababio | Nana Owusu | NY | NY | 7/12/2017 | 134 |
| Adesanya | Gloria | FL | FL | 6/13/2017 | 120 |
| Adwubi | Grace | NY | NY | 7/27/2017 | 148 |
| Aiub | Vanna | CT | CT | 6/21/2017 | 125 |
| Akai | Samuel | CT | NY | 7/24/2017 | 143 |
| Akuffo | Appiah O. | NY | NY | 7/13/2017 | 137 |
| Akuffo | Korantema O. | NY | NY | 7/13/2017 | 137 |
| Alvarez | Martha | FL | FL | 7/07/2017 | 133 |
| Ampoma | Afua | NY | NY | 8/01/2017 | 152 |
| Amuquandoh | Gifty | NY | NJ | 6/15/2017 | 123 |
| Antoine | Giselle | CT | CT | 8/16/2017 | 160 |
| Antwi | Maxwell | NY | NY | 7/20/2017 | 142 |
| Aryeetey | Beatrice | NY | NY | 8/01/2017 | 151 |
| Ayidana | Emmanuel | CT | CT | 6/13/2017 | 120 |
| Ayim | Charles | NY | NY | 7/31/2017 | 150 |
| Babineaux | Katherine | VA | VA | 8/21/2017 | 162 |
| Barna | Dianne | FL | FL | 7/27/2017 | 148 |
| Bastien | Amanda | MA | MA | 10/26/2018 | 285 |
| Bell | Opal | FL | FL | 7/24/2017 | 143 |
| Bennett | Bobbie | KS | KS | 7/24/2017 | 143 |
| Bernardez | Felina | NY | NY | 6/21/2017 | 125 |
| Bia | Audrey | AZ | AZ | 7/27/2017 | 147 |
| Blair-Samms | Valerie | FL | FL | 7/24/2017 | 143 |
| Blake | Louis | NY | NY | 6/27/2017 | 128 |
| Boadiwan | Alice | NY | NY | 6/13/2017 | 120 |
| Boafo | Diana | NY | NY | 7/28/2017 | 149 |
| Boley | Patricia | FL | FL | 6/13/2017 | 120 |
| Boone | Lakiesha | VA | VA | 7/07/2017 | 133 |
| Borbeli | Stella | FL | FL | 6/14/2017 | 122 |
| Boyd | Darcy Jo | FL | FL | 6/21/2017 | 125 |
| Brandon | Monica | FL | FL | 7/18/2017 | 140 |
| Brewster | Zola | FL | FL | 7/31/2017 | 150 |
| Brongo | James J. | AZ | AZ | 7/12/2017 | 134 |
| Brown | Clearie H. | FL | FL | 6/21/2017 | 125 |
| Buchanan | Lavilla | FL | FL | 6/13/2017 | 121 |
| Burke | John D. | MO | MO | 7/14/2017 | 138 |
| Caillo | Shirley | NY | NY | 9/18/2017 | 169 |
| Caputo | Mary C | FL | FL | 6/13/2017 | 120 |
| Carroll | Deborah | FL | FL | 7/20/2017 | 142 |
| Carrs | Breanna | FL | FL | 7/14/2017 | 138 |
| Cedeno | Ruth E. | FL | FL | 7/24/2017 | 143 |
| Chaine | Jessica | CT | FL | 7/25/2017 | 144 |
| Chandler | Barbara | VA | VA | 7/14/2017 | 138 |
| Charles | Glaudine | FL | FL | 7/24/2017 | 143 |
| Civil | Marjorie | NY | NY | 7/17/2017 | 139 |
| Clayton | Beverly | FL | FL | 6/13/2017 | 120 |

| | | | | | |
|---|---|---|---|---|---|
| Clemon | Mavia | CT | CT | 6/21/2017 | 125 |
| Crawford | Merle | FL | FL | 7/28/2017 | 149 |
| Cuevas | Regina | VA | VA | 6/21/2017 | 125 |
| Darkwah | Edmund | NY | NY | 7/28/2017 | 149 |
| Davis | Anita | OH | OH | 8/09/2018 | 255 |
| Davis | Deborah H. | FL | FL | 7/27/2017 | 147 |
| Davoren | Sylvene | NY | NY | 7/28/2017 | 149 |
| Dellepiane | Violeta M. | FL | GA | 7/18/2017 | 140 |
| Dennis | Loreen | FL | MD | 7/07/2017 | 133 |
| Despanza | Sade T. | FL | FL | 8/14/2017 | 159 |
| Destine | Jhenny M. | FL | FL | 6/21/2017 | 125 |
| Donkor | Margaret | NY | NY | 6/13/2017 | 120 |
| Downie | Colleita | FL | FL | 7/24/2017 | 143 |
| Edwards | Shirley | NY | NY | 7/14/2017 | 138 |
| Egan | Brooke E. | FL | FL | 7/24/2017 | 143 |
| Eitinger | Michelle S. | FL | FL | 7/31/2017 | 150 |
| Emeka | Glad N. | NY | NY | 9/12/2017 | 168 |
| Fasiamah | Ofori | NY | NY | 6/21/2017 | 125 |
| Ferne | Auravilus | FL | FL | 6/21/2017 | 125 |
| Forde | Dawn | FL | FL | 8/25/2017 | 165 |
| Foreman | Renae | OH | OH | 8/03/2018 | 251 |
| Freeman | Abeosse | VA | VA | 7/07/2017 | 133 |
| Gilles | Gabriele A. | FL | FL | 7/27/2017 | 147 |
| Guillaume | Carine | FL | FL | 7/07/2017 | 133 |
| Guisbert | Samantha | AZ | MT | 6/22/2017 | 126 |
| Hammond | Sonia | NY | NY | 6/07/2017 | 118 |
| Harin | Judy | FL | FL | 6/21/2017 | 125 |
| Hartwig | Cathy J | FL | FL | 6/13/2017 | 120 |
| Harvey | Carmen | FL | FL | 7/25/2017 | 144 |
| Heath | Joyce W. | VA | VA | 7/24/2017 | 143 |
| Hemmings | Esmie L. | FL | FL | 8/31/2018 | 266 |
| Hill | Hartence G | CT | CT | 7/31/2017 | 150 |
| Hill | Juanita D | FL | FL | 6/13/2017 | 120 |
| Hill | Melissa | MO | MO | 6/21/2017 | 125 |
| Hosseini | Aftab | FL | FL | 7/13/2017 | 137 |
| Ingram | Linda | FL | FL | 7/24/2017 | 143 |
| James | Kethlyn | FL | FL | 7/20/2017 | 142 |
| James | Willena | FL | FL | 8/03/2017 | 155 |
| Jeanvilma | Carline | FL | FL | 6/29/2017 | 131 |
| Jennings | Petra | FL | FL | 7/07/2017 | 133 |
| Jeune | Lejeanne Louis | FL | Fl | 7/27/2017 | 147 |
| Johnson | Felicia | FL | FL | 7/07/2017 | 133 |
| Johnson | Annette | VA | VA | 6/21/2017 | 125 |
| Joinville | Marie V. | FL | FL | 7/24/2017 | 143 |
| Jones | Bridgette | NY | NY | 9/08/2017 | 167 |
| Jones | Pauline | FL | Fl | 7/14/2017 | 138 |
| Joseph | Chrisler | FL | FL | 6/26/2017 | 127 |

| | | | | | |
|---|---|---|---|---|---|
| Joseph | Marie J. | FL | FL | 8/03/2017 | 155 |
| Joseph | Annette | FL | FL | 8/18/2017 | 161 |
| Kay | Dominique | FL | FL | 6/21/2017 | 125 |
| Keller | Jeanne | CT | CT | 7/27/2017 | 147 |
| Keys | Pansy | FL | FL | 7/24/2017 | 143 |
| Killens | Dorothy | FL | FL | 6/26/2017 | 127 |
| Kinkead | Daverlynn | CT | CT | 11/10/2015 | 1 |
| Kwakye-Padilla | Vida | NY | NY | 7/17/2017 | 139 |
| Lacadin | Maria T. | FL | FL | 8/21/2017 | 162 |
| Laude | Jugnore | FL | FL | 6/21/2017 | 125 |
| Lawson | Maryann | AZ | AZ | 7/24/2017 | 143 |
| Lee | Soi H. | AZ | AZ | 6/26/2017 | 127 |
| Lennon | Juney | FL | FL | 8/02/2018 | 250 |
| Lennon | Jennifer | FL | FL | 7/14/2017 | 138 |
| Lightfoot | Connie | FL | FL | 6/22/2017 | 126 |
| Lima | Jose | FL | FL | 7/20/2017 | 141 |
| Louis | Elisabeth Pierre | FL | FL | 6/21/2017 | 125 |
| Mansaram | Tara | NY | NY | 6/21/2017 | 125 |
| Marshall | Philippa | FL | FL | 7/24/2017 | 143 |
| Martinez | Ana | MA | MA | 9/21/2018 | 277 |
| Mathieu | Claude | NY | NY | 7/14/2017 | 138 |
| Mattic | Tamika | MO | MO | 6/21/2017 | 125 |
| Mattison | Ruchelle | FL | PA | 9/18/2017 | 169 |
| McFadden | Tammy | CT | CT | 6/15/2017 | 123 |
| Mchunu | Nomfundo S. | CT | CT | 6/21/2017 | 125 |
| McKenzie | Ericka | PA | PA | 9/17/2018 | 274 |
| McMillan | Nikia | VA | VA | 6/21/2017 | 125 |
| McNeil | Carolyn | AZ | AZ | 6/26/2017 | 127 |
| Medard | Marie F. | FL | FL | 7/13/2017 | 136 |
| Medina | Maryhelen | AZ | AZ | 6/26/2017 | 127 |
| Meekins | Johnnecia | CT | CT | 8/01/2017 | 151 |
| Melendes | Sylvia | TX | TX | 9/21/2018 | 276 |
| Mendoza | Sylvia | AZ | AZ | 7/24/2017 | 143 |
| Mires | Justin T. | PA | PA | 7/31/2017 | 150 |
| Miskovic | Zora | FL | FL | 8/01/2017 | 151 |
| Mitchell | Darlene | FL | FL | 8/02/2017 | 153 |
| Mompremier | Marie E. | CT | FL | 7/12/2017 | 134 |
| Mondesir | Rose | FL | FL | 7/07/2017 | 133 |
| Montpeirous | Marlene | FL | FL | 7/24/2017 | 143 |
| Moore | Shaimeke | NY | NY | 6/22/2017 | 126 |
| Morant | Joan | NY | NY | 7/31/2017 | 150 |
| Moreno | Maria | TX | TX | 8/13/2018 | 258 |
| Morgan | Shyleane | FL | FL | 7/31/2017 | 150 |
| Morvan | Marie S. | FL | FL | 9/05/2017 | 166 |
| Muhammad | Tanyaka | MO | MO | 7/14/2017 | 138 |
| Napolitano | Ruth | FL | FL | 6/12/2017 | 119 |
| Nelson | Marjorie | FL | FL | 7/14/2017 | 138 |

| | | | | | |
|---|---|---|---|---|---|
| Niyazmyradova | Oguljennet | NY | NY | 7/31/2017 | 150 |
| Occeda | Mireuse | FL | FL | 7/12/2017 | 134 |
| Ofosu | Eunice | NY | NY | 8/11/2017 | 158 |
| Ofosu | Rita | NY | NY | 8/10/2017 | 157 |
| Oriade | Tinuade | AZ | TX | 6/21/2017 | 125 |
| Osei | Samuel | NY | NY | 7/28/2017 | 149 |
| Owusu | Vicky | NY | NY | 7/24/2017 | 143 |
| Paff | Rachael E. | AZ | AZ | 7/14/2017 | 138 |
| Peluso Forlano | Bernadette | FL | GA | 7/14/2017 | 138 |
| Peoples | Dimitrius Y. | FL | FL | 7/24/2017 | 143 |
| Proffitt | Vicki | OH | OH | 7/24/2017 | 143 |
| Pryce | Hazel | FL | FL | 6/27/2017 | 128 |
| Queen | Darlene | VA | VA | 6/13/2017 | 120 |
| Richburg | Lehra | VA | VA | 8/03/2017 | 155 |
| Rivera | Rosa E. | FL | TX | 6/22/2017 | 126 |
| Roberts | Kevaughn | FL | TX | 7/20/2017 | 141 |
| Robinson | Norma | FL | FL | 7/07/2017 | 133 |
| Rouse | Christine | NY | NY | 7/07/2017 | 133 |
| Saint-Louis | Nirla | NY | NY | 7/24/2017 | 143 |
| Samuels | Dianne | CT | CT | 7/31/2017 | 150 |
| Seubarran | Sherry | NY | NY | 6/21/2017 | 125 |
| Severe | Myrquette | FL | Fl | 7/25/2017 | 145 |
| Severino | Keila | NY | NJ | 6/21/2017 | 125 |
| Shaw | Ruth Ann | CT | CT | 7/24/2017 | 143 |
| Shumate | Graciela | FL | FL | 8/02/2017 | 153 |
| Simon | Marie | NY | NY | 7/24/2017 | 143 |
| Smith | Debbie | FL | FL | 7/14/2017 | 138 |
| Smith | Marsha | FL | FL | 7/24/2017 | 143 |
| Smith | Rosalyn | FL | FL | 6/06/2017 | 117 |
| Smith-Bey | Alberta | VA | VA | 7/14/2017 | 138 |
| Sotelo | Fanny R. | FL | Fl | 7/31/2017 | 150 |
| Soto | Stephanie | FL | FL | 7/13/2017 | 136 |
| Sotshangane | Stella N. | CT | CT | 6/21/2017 | 125 |
| Stanford | Deborah | NY | FL | 8/11/2017 | 158 |
| Stevens | Alexis | NY | NY | 6/21/2017 | 125 |
| Stewart | Winifred | OH | OH | 8/07/2018 | 252 |
| Stewart | Cynthia | FL | FL | 6/20/2017 | 124 |
| Tapia | Teresa | AZ | AZ | 6/15/2017 | 123 |
| Thelusma | Marie | FL | FL | 6/13/2017 | 120 |
| Thomas | Ernestine | PA | PA | 8/14/2018 | 259 |
| Thomas | Jeanie | FL | FL | 7/14/2017 | 138 |
| Thompson | Joan | FL | FL | 8/08/2017 | 156 |
| Thuku | Margaret | VA | VA | 6/14/2017 | 122 |
| Tyrell | Annetta | AZ | AZ | 7/24/2017 | 143 |
| Upton | Grenesha B. | KS | KS | 8/17/2016 | 64 |
| Valley | Barbara | NY | NY | 7/13/2017 | 137 |
| Vastag | Sandee | OH | OH | 8/10/2018 | 257 |

| | | | | | |
|---|---|---|---|---|---|
| Viccori | Maria | AZ | AZ | 7/24/2017 | 143 |
| Wainwright | Lola R. | OH | OH | 7/24/2017 | 143 |
| Walters | Mitzy | FL | FL | 8/14/2017 | 159 |
| Welch | Gertrude | OH | OH | 7/20/2017 | 142 |
| Wemegah | Antoinette | NY | NY | 7/07/2017 | 133 |
| White | Betty | FL | FL | 9/10/2018 | 271 |
| Whitmore | Dorothy | FL | FL | 7/26/2017 | 146 |
| Whyte | Sharon | FL | FL | 7/24/2017 | 143 |
| Wiester | Opal | OH | OH | 9/17/2018 | 275 |
| Williams | Sabrina | FL | FL | 7/25/2017 | 144 |
| Williams | Michelle | FL | FL | 7/07/2017 | 133 |
| Wilson | Antonia | NY | NY | 7/24/2017 | 143 |
| Winter | Joyann | NY | NY | 6/21/2017 | 125 |
| Wood | Caroline | FL | FL | 7/24/2017 | 143 |
| Young | Jasmine | VA | VA | 6/21/2017 | 125 |
| Youte | Bethie | FL | FL | 7/24/2017 | 143 |