UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVERLYNN KINKEAD, SHIRLEY CAILLO, and CLAUDE MATHIEU, Individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:15-cv-01637 (JAM) |
| vs. | ) ) | |
| HUMANA, INC., HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC. | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF JOINT MOTION FOR ORDER REGARDING A SECOND SUPPLEMENTAL FLSA NOTICE AND RULE 23 CLASS NOTICE

The parties, through their undersigned counsel, jointly move this Court to enter an order regarding a second supplemental Opt-In Notice and Rule 23 Class Notice based on the parties' submissions and enclosed stipulation.

Dated:  November 5, 2019    Respectfully Submitted,

*/s/ Michael J.D. Sweeney*

Michael J.D. Sweeney, Esq.
GETMAN,  SWEENEY & DUNN, PLLC
260 Fair Street Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
Email: dgetman@getmansweeney.com
Email: msweeney@getmansweeney.com

*Counsel for Plaintiff*

a**nd**

*/s/ David R. Golder*

David R. Golder   (ct 27941)
golderd@jacksonlewis.com
Noel Tripp (pro hac vice)
trippn@jacksonlewis.com
JACKSON LEWIS P.C.
90 State House Square, 8th Floor
Hartford, Connecticut  06103
Telephone: (860) 522-0404
Facsimile: (860) 247-1330

***Counsel for Defendants***