UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, SHIRLEY CAILLO, and CLAUDE MATHIEU, Individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>HUMANA, INC., HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC.<br><br>    Defendants. | Case No.: 3:15-cv-01637 (JAM) |

### JOINT MOTION FOR ORDER REGARDING A SECOND SUPPLEMENTAL FLSA NOTICE AND RULE 23 CLASS NOTICE

**WHEREBY** the Plaintiffs, Daverlynn Kinkead, Shirley Caillo, and Claude Mathieu ("Plaintiffs"), and Defendants, Humana Inc., Humana at Home, Inc. and SeniorBridge Family Companies (CT), Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, agree that FLSA Notice should issue to certain individuals who should have received FLSA Notice pursuant to one of the Court's two previous Orders (Docs. 114 and 238) but did not, and the Parties agree upon the form and process for the second supplemental FLSA Notice, and

**WHEREBY** the Parties agree to the form and process for notice to issue to the Connecticut and New York Rule 23 classes that the Court has certified;

**WHEREBY** these agreements, if abided by, resolve the Plaintiffs' Second Motion for Supplemental FLSA Notice (Doc. 338) and Plaitniffs' Motion to Strike the Parties' Joint Stipulation Regarding Class Notice (Doc. 342);

**ACCORDINGLY**, the Parties hereby ask the Court to Order the following:

1. A Second Supplemental FLSA notice shall be issued to any individuals who should have received FLSA notice based on the parties' Stipulation (Dkt. 113) ("Original FLSA Notice List") and the Court's subsequent order (Dkt. 238) (Supplemental FLSA Notice List) (together the "Criteria for FLSA Notice") but who were omitted from Humana's Original and Supplemental FLSA Notice Lists identifying the individuals meeting those criteria. The Second Supplemental Notice shall be in substantially the same form as the first FLSA notice and shall issue as soon as the parties agree on the identities of the persons who should receive the notice.

2. In order to ensure that the FLSA notice list is complete, Defendants shall, by November 14, 2019, provide Plaintiffs with a list identifying any Home Health Care Workers ("HHWs") who meet the Criteria for FLSA Notice but were not included in the Original or Supplemental Notice Lists ("Second Supplemental FLSA Notice List"). The Second Supplemental FLSA Notice List shall be in Excel format and the names, Empl_ID Numbers ("EIDs"), last known mailing addresses, email addresses, and telephone numbers as maintained in Defendants' human resources system of record of the individuals. Plaintiffs will send the Second Supplemental Notice to these HHWs within five days.

3. FLSA Notice shall be in the form attached as Exhibit A for individuals who are not members of the Connecticut or New York Rule 23 classes. FLSA Notice will be in the form attached as Exhibit B for individuals who are members of the Connecticut Rule 23 class. FLSA Notice will be in the form attached as Exhibit C for individuals who are members of the New York Rule 23 class. Notice will be disseminated by U.S. Mail, email, and text message. The opt-in period shall end 60 days from the date of the mailing.

4. In the event Notice is returned as undeliverable, Plaintiff's counsel shall notify Defendants' counsel of the name of the person whose Notice was returned and a provide a copy

of the returned envelope or returned email. Within seven days thereafter, Defendants' counsel shall provide Plaintiff's counsel with that person's date of birth, and last 4 digits of the Social Security Number for the sole purpose of conducting a "skip trace." If the skip trace results in an updated address for that individual Plaintiff's counsel shall then be allowed to re- mail, email, and/or text message the Notice, Consent Form and Postcard to that person using any newly determined contact information obtained through the skip trace.

5. Thirty (30) days after the initial mailing of the Notice, Plaintiff's counsel shall be authorized to mail and email a Postcard Reminder Notice, in the form attached to Doc. 113-1 as Exhibit 3, to those individuals who have not returned their Consent Forms. Plaintiffs' counsel shall insert the date of mailing, the cut-off date, and make any appropriate changes to counsel's contact details.

6. By November 12, Defendants shall provide a list of the Employment Identification Numbers ("EID") and state of employment for all HHWs employed during the FLSA claim period (January 1 – October 12, 2015) who Defendants identify as not meeting the criteria for FLSA Notice (Exclusion List). Plaintiffs shall select 50% of the EIDs on the Exclusion List for states other than Florida and New York, and 25% of the EIDs on the Exclusion list for those two states, and Defendants shall produce complete payroll records in the form attached as Exhibit D ("Home Health Employee Information") for those HHWs for the FLSA claim period so that Plaintiffs can conduct an analysis to confirm that the HHWs on the Exclusion List were properly excluded from the Original, Supplemental and Second Supplemental FLSA Notice Lists. If Plaintiffs' analysis identifies any HHWs who were improperly excluded from the FLSA Notice Lists (as agreed by the parties or, if necessary, determined by the Court), Defendants shall produce within fourteen days of such determination complete payroll records for the FLSA claim period in the form

attached as Exhibit D for all Home Health Care Workers (HHWs) employed during the FLSA claim period (January 1 – October 12, 2015) for Plaintiffs' further analysis.

**7.** Plaintiffs shall provide a list of any HHWs who they believe meet the Criteria for FLSA Notice but were not included on the Original, Supplemental, or Second Supplemental FLSA Notice Lists to Defendants and the parties shall have fourteen days to resolve any disagreements they may have as to the content of the list. Defendants shall provide the information described above for, and Notice in the form and manner described above shall issue to, those HHWs who the parties agree meet the Criteria for FLSA Notice but were not included on the Original, Supplemental, or Second Supplemental FLSA Notice Lists within fourteen days.

**8.** Should the parties disagree as to whether any HHWs meet the Criteria for FLSA Notice, the parties shall present disagreements that remain, if any, to the Court for resolution within fourteen days.

**9.** The FLSA limitations for HHWs who meet the Criteria for FLSA Notice but were omitted from Humana's Original and Supplemental Notice Lists shall be tolled from the date notice originally issued until the Second Supplemental Notice issues.

**10.** By November 14, 2019 , Defendants shall provide complete and accurate class lists for the four Rule 23 classes described in the Parties' Joint Stipulation Regarding Class Notice, Doc. 298.  Upon receipt of the lists, Plaintiffs shall issue the class notices agreed to in Doc. 298 within seven days.

**11.** Plaintiffs' Second Motion for Supplemental FLSA Class Notice (Doc. 338) and Motion to Strike the Parties' Joint Stipulation Regarding Class Notice (Doc 298) are withdrawn without prejudice.

12. The Home Health Employee Information shall be marked CONFIDENTIAL and produced pursuant to the standing protective order in this case, and shall be used solely to confirm the accuracy and completeness of the identities of the Collective, and shall not to be used for any other communication, purpose or claim whatsoever.

Dated:  November 5, 2019

Respectfully Submitted,

*/s/ Michael J.D. Sweeney*

Michael J.D. Sweeney, Esq.
GETMAN,  SWEENEY & DUNN, PLLC
260 Fair Street Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
Email: dgetman@getmansweeney.com
Email: msweeney@getmansweeney.com

*Counsel for Plaintiff*

a**nd**

*/s/ David R. Golder*

David R. Golder   (ct 27941)
golderd@jacksonlewis.com
Noel Tripp (pro hac vice)
trippn@jacksonlewis.com
JACKSON LEWIS P.C.
90 State House Square, 8th Floor
Hartford, Connecticut  06103
Telephone: (860) 522-0404
Facsimile: (860) 247-1330

*Counsel for Defendants*

**SO ORDERED**

Hon. Jeffrey Alka Meyer
U.S. District Judge