# Exhibit B

**NOTICE OF OVERTIME PAY CLASS ACTION AND COLLECTIVE ACTION LAWSUIT AGAINST HUMANA/SENIOR BRIDGE**
Approved by the U.S. District Court for the District of Connecticut

**TO:** All current or former home healthcare workers employed in Connecticut by Humana, Humana at Home, Inc. or SeniorBridge Family Companies who worked in excess of 40 hours in any week between January 1, 2015 and October 12, 2015 and/or who worked 24-hour live-in shifts at any time between January 1, 2015 and January 25, 2016.

**PURPOSE OF THIS NOTICE**

The purpose of this Notice is to tell you about a lawsuit filed by Daverlynn Kinkead, a home healthcare worker, against Humana/SeniorBridge. This Notice will tell you about your rights in this lawsuit and instruct you on how to participate, if you wish to do so. There are federal and state law claims in this case and the procedures for participating in each are different and are explained below.

## I. WHAT THE LAWSUIT IS ABOUT

This lawsuit claims that home healthcare workers employed by Humana/SeniorBridge in Connecticut who worked more than 40 hours a week were not properly compensated for overtime hours during the period between January 1, 2015 and October 12, 2015. This lawsuit also claims that home healthcare workers employed by Humana/SeniorBridge in Connecticut who worked 24-hour or live-in shifts at any time between January 1, 2015 and January 25, 2016 were not compensated for the minimum number of hours required by law. The lawsuit seeks unpaid wages, plus liquidated damages, prejudgment interest, attorneys' fees and other costs. Humana/SeniorBridge denies that it violated Connecticut state overtime law, and asserts numerous defenses to these claims. Your individual claims (and Humana/SeniorBridge's defenses to those claims) may vary depending on the time period you worked and the type and quantity of work you performed. The Court has not yet decided whether Humana/SeniorBridge did anything wrong.

## II. FEDERAL LAW CLAIMS

By agreement of the parties, the Court has conditionally certified the federal law claims in this case as a collective action and authorized this Notice. You are receiving this Notice because you are eligible to join this case to assert federal law claims. There is no assurance that the Court will grant any relief in this case. The Court has not decided the merits of the federal law claims in this case and therefore has not decided whether the Plaintiffs or the Defendants are correct.

Please note that your immigration status does not affect your entitlement to participate in this lawsuit.

**To bring your federal claims for back wages brought in this lawsuit, you must sign and return the enclosed Consent to Sue Form to**:

**GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
Fax: (845) 255-8649; jfriday@getmansweeney.com**

**The Consent Form must be postmarked on or before [insert date 60 days from distribution of notice] in order for you to participate.** Individuals who timely return an executed consent will join the lawsuit upon the filing of their consent forms with the Court by Plaintiffs' counsel. If you do not wish to be part of this lawsuit, you do not need to do anything. The decision to join is entirely yours. If you do

not join, you are not bound by any ruling or judgment. If you choose to join this lawsuit, you will be bound by the terms of any judgment entered, whether favorable or unfavorable.

### III. STATE LAW CLAIMS

The Court has certified that Plaintiff Kinkead may bring her Connecticut state law claims on behalf of the following group of people:

All current or former home healthcare workers employed in Connecticut by Humana, Humana at Home, Inc. or SeniorBridge Family Companies who worked in excess of 40 hours in any week between January 1, 2015 and October 12, 2015 and/or who worked 24-hour live-in shifts at any time between January 1, 2015 and January 25, 2016.

You are receiving this notice because Humana/SeniorBridge's records indicate that you were a member of this group of people. You have two choices with respect to this Notice. You can either (1) choose to participate in the class action aspect of the case or (2) choose to exclude yourself from the class action aspect of the case. These choices are explained below in this Section II. If you previously submitted a Consent form to participate in the portion of this case brought on behalf of Home Health Aides in several states pursuant to the Fair Labor Standards Act ("FLSA"), your right to participate in that portion of the case will not be affected by the class action part of the case.

1. TO PARTICIPATE IN THE CASE

**To bring your state law claims for back wages in this lawsuit, you do not need to do anything.** You are already considered part of the case for purposes of state law. If you decide to be part of the case, you will be bound by the decision issued by the judge on this case, whether it is favorable or unfavorable and, if the case is successful, you will share in any money received in the lawsuit (either through a decision of the Court or through a settlement). If the case is unsuccessful, you will not receive a recovery. Although you do not need to do anything, if you choose to participate and your address changes, you should notify the lawyers listed below of your new address so they can contact you when the case is decided.

2. TO EXCLUDE YOURSELF FROM THE CASE

If you exclude yourself from this case, you will retain the right to start your own lawsuit against Humana/SeniorBridge. However, you will have to retain your own lawyer for that lawsuit and you will have to individually prosecute your claims. Any such claims may be subject to a statute of limitations. To ask to be excluded from this case, you must mail or fax a letter no later than the ___day of , 2019 to the Plaintiffs' lawyers (whose contact information is below) indicating your desire to opt out of the case.

### IV. NO RETALIATION AGAINST ANYONE WHO PARTICIPATES IN THIS CASE

The law prohibits Humana/SeniorBridge from retaliating against you, discharging you, or in any manner discriminating against you because you participate in the lawsuit or have in any other way exercised your rights under the law. Humana/SeniorBridge will not retaliate against any individual who participates in this case.

### V. YOUR LEGAL REPRESENTATIVES IF YOU CHOOSE TO PARTICIPATE IN THE CASE

If you participate in this lawsuit, you will be represented by Plaintiffs' attorneys listed below:

| | |
|---|---|
| Michael Sweeney | Phil Bohrer |
| GETMAN, SWEENEY & DUNN, PLLC | BOHRER BRADY, LLC |
| 260 Fair Street | 8712 Jefferson Highway, Suite B |
| Kingston, NY 12401 | Baton Rouge, Louisiana 70809 |
| Phone: 845-255-9370 | Telephone: 225-925-5297 |
| Fax: 845-255-8649 | Fax: 225-231-7000 |
| msweeney@getmansweeney.com | phil@bohrerbrady.com |

You do not have to pay any upfront fees for the services of Plaintiffs' attorneys or for any of the costs of bringing this lawsuit. The attorneys for the Plaintiffs will be paid on a contingency fee basis if Plaintiffs are successful at trial or through settlement. The attorneys' agreement with Plaintiffs states that they will be paid either up to 1/3 of the fund generated by their work, or their earned fees recovered separately from Humana/SeniorBridge, whichever is greater. The Court will determine the fairness of any fees to be awarded if Plaintiffs are successful. If you prefer, you have the right to hire your own attorney to represent you, but at your own expense.

## VI. FURTHER INFORMATION

Plaintiffs' Complaint, Defendant's Answer, and various other documents filed in this lawsuit are available for inspection on Plaintiffs' counsel's website www.getmansweeney.com or by contacting Plaintiffs' counsel at 845-255-9370. If you have any questions about this Notice, the lawsuit, or the procedure for participating in or opting out of the lawsuit, you may contact Plaintiffs' attorneys at:

> Getman, Sweeney & Dunn PLLC
> 260 Fair Street
> Kingston, NY 12401
> Phone: 845-255-9370
> Fax: 845-255-8649
> jfriday@getmansweeney.com
> http://www.getmansweeney.com

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE JEFFREY ALKER MEYER, U.S. DISTRICT JUDGE FOR THE DISTRICT OF CONNECTICUT. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFFS' CLAIMS OR OF THE DEFENDANT'S DEFENSES.**

**PLEASE DO NOT CONTACT THE COURT, THE COURT'S CLERK, OR THE JUDGE. THEY ARE NOT PERMITTED TO ADDRESS YOUR INQUIRIES OR QUESTIONS.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HUMANA, INC., HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC.<br><br>Defendants. | Case No.: 3:15-cv-01637(JAM) |

## CONSENT TO JOIN COLLECTIVE ACTION

1.   I consent to join the above lawsuit and make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Humana At Home, Inc., and SeniorBridge Family Companies , to recover alleged unpaid overtime pay.

2.   Between January 1, 2015 and October 13, 2015 there were occasions when I worked over 40 hours per week as a home health care worker and did not receive overtime for hours worked over 40.

3.   I hereby designate Getman, Sweeney & Dunn, PLLC, P.O. Box 3491, Kingston, NY 12402, and Bohrer Brady, LLC, 8712 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809 (Plaintiff's Counsel), to represent me for all purposes in this action.

4.   I also designate the named Plaintiff in this action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

5.   By signing and returning this Consent To Join Collective Action, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendant or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: _____     _____
                                                                                    Signature

                                                                       _____
                                                                                    Print Name

**Information Below Will Not Be Filed with the Court. Please Print or Type.**

Address: _____

City, State Zip: _____

Best Phone Number(s): _____

Email: _____

**Return this form by [insert date 60 days from notice distribution].**

    Mail, email or fax to:

        **Getman, Sweeney & Dunn, PLLC**
        **Attn.: Michael Sweeney**
        **260 Fair St.**
        **Kingston, NY 12401**
        **Fax: (845) 255-8649**
        **Email: jfriday@getmansweeney.com**