# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVERLYNN KINKEAD, SHIRLEY, SHIRLEY CAILLO, and CLAUDE MATHIEU, individually and on behalf of all others similarly situated, | : : : : : | CIVIL CASE NO.: 3:15-CV-01637 (JAM) |
| Plaintiffs, v. | : : : : | |
| HUMANA, INC., HUMANA AT HOME, INC., AND SENIORBRIDGE FAMILY COMPANIES (CT), INC., Defendants. | : : : : | April 10, 2020 |

**DECLARATION OF DAVID R. GOLDER, ESQ. IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW FOR DECERTIFICATION OF PLAINTIFFS' RULE 23 CLASSES AND THE FLSA COLLECTIVE TO THE EXTENT THOSE GROUPS SEEK CLAIMS BEYOND 13 HOURS A DAY AND DAMAGES BASED ON AN HOURLY RATE OF PAY**

DAVID R. GOLDER, being duly sworn and according to law, deposes and says:

1. I am a principal with the law firm of Jackson Lewis P.C., counsel for Defendants, Humana Inc., Humana at Home, Inc., and SeniorBridge Family Companies (CT), Inc. ("Defendants"), in the above-captioned matter. This Declaration is submitted in support of Defendants' Memorandum of Law For Decertification Of Plaintiffs' Rule-23 Classes And The FLSA Collective To The Extent Those Groups Seek Claims Beyond 13 Hours A Day And Damages Based On An Hourly Rate Of Pay.

2. Attached hereto as **<u>Exhibit A</u>** are relevant portions of the November 15, 2018 Class Certification Oral Argument Court Transcript.

3. Attached hereto as **<u>Exhibit B</u>** are relevant portions of the July 24, 2018 Telephonic Discovery Conference Court Transcript.

4. Attached hereto as **Exhibit C** are relevant portions of the November 20, 2019 Motion for Summary Judgment Oral Argument Court Transcript.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the July 14, 2005 N.Y.S.D.O.L. Opinion Letter.

6. Attached hereto as **Exhibit E** is a true and accurate copy of the May 28, 1997 Settlement Services Industrial Board of Appeals Order.

7. Attached hereto as **Exhibit F** are relevant portions of the deposition transcript of Daverlyn Kinkead.

8. Attached hereto as **Exhibit G** are relevant portions of the deposition transcript of Claude Mathieu.

9. Attached hereto as **Exhibit H** are relevant portions of the draft deposition transcript of Joan Morant.

10. Attached hereto as **Exhibit I** are relevant portions of the deposition transcript of Jeanne Keller.

11. Attached hereto as **Exhibit J** are relevant portions of the deposition transcript of Ruth Ann Shaw.

12. Attached hereto as **Exhibit K** are relevant portions of the deposition transcript of Michael Allen.

13. Attached hereto as **Exhibit L** are relevant portions of the deposition transcript of Shirley Caillo.

I have read the foregoing and it is true to the best of my knowledge and belief.

_____
David R. Golder

**CERTIFICATION OF SERVICE**

        The undersigned hereby certifies that, on April 10, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        */s/ David R. Golder*
        David R. Golder