UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVERLYNN KINKEAD, Individually and on behalf of others similarly situated,<br><br>         Plaintiff,<br>vs.<br><br>HUMANA, INC., HUMANA AT HOME, INC., and SENIORBRIDGE FAMILY COMPANIES (CT), INC.<br><br>         Defendants. | Case No.: 3:15-cv-01637(JAM) |

## JOINT STATUS REPORT REGARDING SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs and Defendants, who, in response to Dkt. 409, hereby jointly file the following Joint Status Report Regarding Settlement:

The Parties have resolved the remaining substantive issues and have agreed upon a Memorandum of Understanding (MOU) outlining the terms of the settlement.

The Parties will now prepare a formal Settlement Agreement, notices and Motion for Preliminary Approval. Defendants also will provide Plaintiffs with payroll data for certain settlement class members in order for Plaintiff to finalize the settlement allocation formula.

The Parties will need sufficient time to meet and confer and resolve any remaining issues with the settlement documents. To accommodate end of year holiday work schedules, the Parties respectfully request that the Court allow them to submit their Joint Motion for Preliminary Approval on January 28, 2021.

November 16, 2020

Respectfully submitted:

Plaintiffs, DAVERLYN KINKEAD, SHIRLEY CAILLO, and CLAUDE MATHIEU, individually and on behalf of all others similarly situated

By: /s/ *Michael J.D. Sweeney*
    Michael J.D. Sweeney
    msweeney@getmansweeney.com
    GETMAN, SWEENEY & DUNN, PLLC
    260 Fair Street
    Kingston, NY  12401
    Telephone: (845) 255-9370
    Facsimile: (845) 255-8649

    Philip Bohrer
    phil@bohrerbrady.com
    BOHRER BRADY, LLC
    8712 Jefferson Highway, Suite B
    Baton Rouge, LA  70809
    Telephone: (225) 925-5297
    Facsimile: (225) 231-7000

Defendants, HUMANA, INC. HUMANA AT HOME, INC. and SENIORBRIDGE FAMILY COMPANIES, (CT), INC.

By: /s/ *David R. Golder*
    David R. Golder   (Ct. #27941)
    golderd@jacksonlewis.com
    Noel Tripp *(pro hac vice)*
    trippn@jacksonlewis.com
    JACKSON LEWIS, P.C.
    90 State House Square, 8th Floor
    Hartford, CT  06103
    Telephone: (860) 522-0404
    Facsimile: (860) 247-1330