# EXHIBIT 1

**SeniorBridge**

FIRM NAME: Getman, Sweeney, & Dunn PLLC

REPORTING PERIOD:  Ending August 10, 2021

| Name | Hours | Hourly Rate | Total | | Costs |
|---|---:|---:|---:|---|---:|
| Dan Getman =P | 2 | $1,015 | $2,030.00 | | |
| Michael Sweeney =P | 816.7 | $925 | $755,447.50 | | |
| Matt Dunn  = P | 2.1 | $815 | $1,711.50 | | |
| Lesley Tse =A | 0.9 | $660 | $594.00 | | |
| Artemio Guerra = P | 1218.03 | $705 | $858,711.15 | | |
| Kimberly Webster = A | 68.6 | $495 | $33,957.00 | | |
| Alex Dumas  =A | 13.4 | $480 | $6,432.00 | | |
| Meagan Rafferty = A | 1.3 | $465 | $604.50 | | |
| Rebecca King = A | 43.3 | $425 | $18,402.50 | | |
| Mike Russo = DA | 66.9 | $355 | $23,749.50 | | |
| Jason Kandel = DA | 1034.7 | $300 | $310,410.00 | | |
| Scott Workman = DA | 27.8 | $300 | $8,340.00 | | |
| Anibal R. Garcia = PL | 181.4 | $250 | $45,350.00 | | |
| Andrea Russo = PL | 248.1 | $250 | $62,025.00 | | |
| Carolyn Mow =PL | 62.6 | $250 | $15,650.00 | | |
| James Sherwood=PL | 35.2 | $250 | $8,800.00 | | |
| Misty Emerick=PL | 50 | $250 | $12,500.00 | | |
| Monica Ayres=PL | 18.9 | $250 | $4,725.00 | | |
| Julia Friday = PL | 833.7 | $250 | $208,425.00 | | |
| Eve Bates = PL | 1.2 | $250 | $300.00 | | |
| Jarin Ahmed = PL | 0.4 | $250 | $100.00 | | |
| Christina Blue = PL | 0.9 | $250 | $225.00 | | |
| Jonah Berkowitz = PL | 0.2 | $250 | $50.00 | | |
| Clerical | 76.05 | $140 | $10,647.00 | | |
| **Subtotal GSD** | **4804.38** | | **$2,389,186.65** | | $  34,992.93 |

| | | | | | |
|---|---:|---:|---:|---|---:|
| Ed Tuddenham | 670.2 | $1,015 | $680,253.00 | | $   1,285.05 |

| | | | | | |
|---|---:|---:|---:|---|---:|
| Philp Bohrer | 958.78 | $925 | $886,871.50 | | |
| Scott E. Brady | 60.76 | $705 | $42,835.80 | | |
| Shannon Durham | 27.75 | $250 | $6,937.50 | | |
| Greta Bordelon | 27.83 | $250 | $6,957.50 | | |
| Kayce Flack | 36 | $140 | $5,040.00 | | |
| **Subtotal Bohrer Brady** | **958.78** | | **$948,642.30** | | $  30,966.47 |

| | | | | |
|---|---|---|---|---|
| **Claim Admin Over Reserve** | | | | $ 35,000.00 |
| **Total** | 6433.36 | | $4,018,081.95 | $ 102,244.45 |