# EXHIBIT A

**Kinkead v. Humana**
**Edward Tuddenham**

| Date | Description | Hours |
|---|---|---|
| 10.26.15 | T/c MS re: venue choices Connecticut v. NY and strategy re potential motion to transfer venue | 0.7 |
| 10.26.15 | t/c co-counsel re: venue issues | 0.4 |
| 10.26.15 | research proper defendant; humana at home and humana at home 1, inc. | 0.9 |
| 10.26.15 | t/c MS re proper defendants | 0.6 |
| 12.18.15 | review motion to dismiss; research Arkadelphia; t/c MS re brief and research | 0.8 |
| 12.19.15 | research remedy for reversal of wrongful judgment | 1 |
| 12.22.15 | t/c co-counsel re: motion to dismiss issues | 0.2 |
| 1.4.16 | research/draft opposition to motion to dismiss | 2.1 |
| 1.5.16 | research/draft opposition to motion to dismiss | 7.1 |
| 1.6.16 | research/draft opposition to motion to dismiss | 6.8 |
| 1.7.16 | research/draft opposition to motion to dismiss;email to co-counsel | 1.7 |
| 1.7.16 | research draft opposition to motion to dismiss | 4.3 |
| 1.8.16 | revise draft oppositioin to motion fo dismiss | 1.8 |
| 1.11.16 | email and TC to M Hancock re DOL position on effective date; email to co-counsel; review DOL website references | 1.9 |
| 1.12.16 | revise brief/research non-party reliance on rulings | 2 |
| 1.19.16 | t/c M.S. re Section III of brief in opposition to motion to dismiss | 0.5 |
| 1.20.16 | research/final edits to brief in opposition to motion to dismiss; draft affidavit | 4.1 |
| 2.20.16 | review D. reply brief and cases cited | 0.8 |
| 4.20.16 | Prep for oral argument on motion to dismiss. Research MCI v. GTE case and related retroactivity cases | 3.5 |
| 4.21.16 | Prep for oral argument motion to dismiss | 2.7 |
| 4.22.16 | prep for and attend oral argument motion to dismiss | 4.2 |
| 4.22.16 | travel to/from Connecticut (1/2 time) | 2 |
| 4.24.16 | research cases cited by Def. re: whether decision in dc is binding in other circuits and whether non-party can rely on judgment of vacatur | 2.9 |
| 4.25.16 | research cases re reliance on judgments | 1.2 |
| 4.26.16 | research/draft supplemental cases | 1 |
| 4.27.16 | research/draft supplemental cases; review transcript of argument | 3.7 |
| 5.2.16 | finalize/research supplemental brief in opp to motion to dismiss | 0.9 |
| 5.5.16 | review D supplemental brief; research draft response | 5.9 |
| 5.6.16 | research/draft reply to D. Supplemental brief in support of motion to dismiss | 3 |
| 7.19.16 | Review Court opinion | 0.4 |
| 8.1.16 | Review motion for certification; email to co-cousnel | 0.3 |
| 8.11.16 | Review/edit opposition to motion for certification | 2 |
| 8.15.16 | review/edit opposition to motion for certification | 0.4 |
| 8.17.16 | review complaint; email PB and co-counsel re need to amend due to 10 hour payment policy. | 0.3 |
| 10.16.16 | review Order granting interlocutory appeal; tc M. Hancock re DOL amicus possbility | 0.7 |
| 10.17.16 | draft email to Jennifer Brand and Paul Frieden re DOL amicus possiblity | 0.4 |
| 2.16.17 | review opp to FLSA notice motion and t/c w/ co-counsel | 1.2 |
| 3.2.17 | research/draft reply in support of motion for collective action | 4.5 |
| 3.3.17 | research/draft reply in support of motion for collective action | 6.1 |
| 3.6.17 | revise/edit draft reply brief in support of motion for collective action | 2.8 |
| 3.9.17 | revise/edit reply brief for collective action | 1 |
| 3.10.17 | revise/edit reply brief for collective action | 1.5 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 4.7.19 | Pacer charges for opp to Rule 23(f) | $41.70 |
| 3.1.19 | Pacer charges for sum judg | $6.40 |
| | Sum Judgment  Argument | |
| 11.20.19 | meal circe | 82.67 |
| 11.19.19 | air France round trip | 739.43 |
| 11.19.19 | JFK to NY Penn Sta | 74 |
| 11.19.19 | Penss Sta to New Haven | 85 |
| 11.19.19 | New Haven Hotel | 182.85 |
| 11.22.19 | Amtrak to NYC | 73 |
| | **TOTAL** | **$1,285.05** |

| Date | Description | Hours |
|---|---|---|
| 8.4.17 | t/c co-counsel re defendant discovery proposal; potential amendements to complaint to add additional claims | 0.9 |
| 1.3.18 | t/c MS/PB re: overlap with New York case and addressing judges concerns about duplication | 0.6 |
| 3.6.18 | t/c MS re: class cert and related FLSA issues | 0.6 |
| 4.8.18 | review/edit class certification memo and email to MS/PB re same | 1.3 |
| 4.9.18 | tc MS PB re: class certification brief startegy | 0.9 |
| 4.10.18 | draft/edit class certification brief; emails to MS re questions on NY claims | 1.3 |
| 4.10.18 | t/c MS re NY claims | 0.5 |
| 4.10.18 | edit/draft class certification brief | 1.3 |
| 4.12.18 | edit/draft class cert brief; email to MS | 2 |
| 4.13.18 | edit/draft class cert brief | 1.5 |
| 4.14.18 | edit/draft class brief | 2 |
| 4.14.18 | edit/draft notice part of brief; email to MS and PB re brief issues | 1 |
| 4.23.18 | t/c MS/PB re response to Green class cert motion and research regarding resolving overlapping class actions. | 1.5 |
| 4.24.18 | respond to PB email re: class definitions/Carrasco case | 0.5 |
| 4.24.18 | t/c MS & PB re Green and class certification strategy | 1.1 |
| 4.24.18 | research individual FLSA w/ state class and Shahriar; email to MS and PB re same | 0.9 |
| 4.25.18 | research d ct power to enjoin Green case and arguments against certifying green class action | 1.7 |
| 4.26.18 | draft/edit class certification brief; emails to MS re questions on NY claims | 3 |
| 4.26.18 | draft/edit class certification brief | 3.1 |
| 4.27.18 | draft research edit class cert brief | 0.9 |
| 4.28.18 | draft research class cert brief | 1.5 |
| 4.29.18 | draft research class cert brief | 3 |
| 4.29.18 | draft research amicus brief in Green opposing class certification | 2 |
| 4.29.18 | research/draft opposition to Green motion for class cert | 1.6 |
| 4.30.18 | draft amicus brief in opposition to motion for class cert | 7 |
| 5.1.18 | draft/research amicus brief opposition to Green class | 4.3 |
| 5.3.18 | t/c MS re class brief | 0.5 |
| 5.4.18 | review class brief and notice; review Green class opposition; email MS/PB | 0.6 |
| 5.15.18 | T/c co-counsel re response to Jackson Lewis request to postpone class briefing | 0.7 |
| 5.30.18 | review/revise supplemental class notice motion; email to co-counsel | 1.6 |
| 5.30.18 | t/c MS re supplemental class motion; revise motion; email to MS | 1 |
| 6.7.18 | review d. opp to supplemental notice and cases cited | 2 |
| 6.9.18 | research/draft reply brief in support of supplemental notice; t/c MS re same | 3 |
| 6.11.18 | revise/edit supplemental notice repl brief; email same to co-counsel | 0.8 |
| 6.21.18 | review opposition to class; outline questions for co-counsel for reponse | 2 |
| 6.22.18 | t/c co-counsel re: reply in support of class | 0.6 |
| 6.24.18 | draft/research reply brief in support of class | 1.6 |
| 6.25.18 | draft research reply brief in support of class | 2 |
| 6.26.18 | draft reply brief in support of class | 1 |
| 6.26.18 | draft research reply brief in support of class | 1.7 |
| 6.28.18 | draft reply in support of class | 3.3 |
| 6.29.18 | finalize reply brief draft;email to MS | 2.4 |
| 7.1.18 | draft/research reply brief | 3 |
| 7.2.18 | t/c MS re NY class claims | 0.3 |
| 7.3.18 | review/revise Msweeney and P Bohrer comments on reply brief | 1.2 |
| 7.4.18 | edit reply brief | 1 |
| 7.5.18 | re-edit reply brief. | 1 |

| Date | Description | Hours |
|---|---|---|
| 7.30.18 | conf call with co-counsel re damages | 0.5 |
| 8.3.18 | Tc MS re class cert issues and amendment | 0.3 |
| 8.9.18 | t/c MS re motion to amend/class strategy; edit brief in support of motion to amend. | 1.5 |
| 8.16.18 | review/edit draft opposition to motion to extend class hearing | 0.5 |
| 9.4.18 | t/c MS and PB re reply in support of motion to amend; review def. opposition | 0.5 |
| 9.4.18 | review Parker v. Columbia pictures and cases citing same | 0.7 |
| 9.5.18 | Research parker v. columbia cases for reply brief in support of motion to amend | 2.6 |
| 9.5.18 | Research/draft reply brief in support of supplemental notice; t/c MS re same | 2.5 |
| 9.9.18 | draft/research reply in support of amendment | 4.9 |
| 9.10.18 | draft/research reply in support of amendment | 2.2 |
| 9.11.18 | finalize reply brief re amendment w MS edits | 0.2 |
| 9.13.18 | t/c MS re status/ summary judgment | 0.3 |
| 9.26.18 | review/edit supplemental class brief; email to MS | 0.4 |
| 10.2.18 | motion to stike Def. supplemental brief | 3.3 |
| 10.16.18 | review, research draft sur-reply brief in support of class certificaiton; | 1.7 |
| 10.16.18 | t/c AG re: reply brief edits | 0.1 |
| 10.17.18 | research edit response to Def. supplemental class opposition | 1.8 |
| 11.21.18 | Review fact statements in prep for conf call with co-counsel re: summary judgment | 0.7 |
| 11.21.18 | t/c co-counsel re summary judgment motion strategy | 1.3 |
| 11.27.18 | research regular rate issues | 0.8 |
| 11.28.18 | research regular rate issues | 1.4 |
| 11.29.18 | research flsa hours as basis for state contract action | 2.5 |
| 11.30.18 | research FLSA gap time claims under common law | 0.7 |
| 12.01.18 | review evidence/fact statement from Artemio; comment on same | 1.2 |
| 12.01.18 | begin drafting summary judgment outline | 1 |
| 12.02.18 | draft summary judgment outline; email to co-counsel re questions | 2.1 |
| 12.03.18 | draft research summary judgment motion | 2 |
| 12.03.18 | t/c MS re summary judgment motion substance; nY labor law and gap time | 0.3 |
| 1.05.19 | research/draft motion for summary judgment | 3.4 |
| 1.07.19 | t/c MS; research/draft motion for summary judgment | 2.9 |
| 3.10.19 | Listen to Ray v. Sacramento 9th Cir argument; review opp to mot to dismiss in Kinkead for evidence re: DOL non-enforcement policy meaning; email to co-counsel re: supplemental authority in Ray | 1 |
| 3.11.19 | Review opp to amicus briefs in Green; t/c MS re same | 1.5 |
| 3.12.19 | edit Green reply brief and notice in Kinkead; email to co-counsel | 1.5 |
| 3.12.19 | t/c co-counsel re reply to Green and notice in Kinkead | 0.5 |
| 3.19.19 | Review Court opinion re class certification | 0.3 |
| 3.19.19 | edit class notices/t/c MS re class notices. | 1.9 |
| 3.24.19 | research/draft summary judgment motion | 7.2 |
| 3.25.19 | draft research summary judgment motion | 3.9 |
| 3.25.19 | t/c MS re summary judgment motion and causes of action | 0.8 |
| 3.25.19 | draft reseearch summary judgment motipn order | 1.1 |
| 3.26.19 | draft research statemeint of facts | 7.4 |
| 3.26.19 | draft/research summary judgment brief | 1.8 |
| 3.27.19 | draft/research summary judgment brief | 2.8 |
| 3.28.19 | draft/research DOL opinion letters for sj brief | 1.3 |
| 3.28.19 | review objections to class notice, T/c MS re class notice and summary judgment | 1.5 |
| 3.29.19 | research draft sj brief (Andryeyva section) | 4 |
| 3.29.19 | edit revise SJ brief | 2.9 |
| 3.30.19 | edit revise SJ brief | 0.5 |
| 3.30.19 | edit/revise brief | 7.8 |

| Date | Description | Hours |
|---|---|---|
| 3.31.19 | edit/revise brief; email to co-counsel | 3 |
| 4.1.19 | t/c co-counsel re summary judgment brief and class notice | 1.2 |
| 4.3.19 | review def. Rule 23f petition; westlaw research re 23f | 0.6 |
| 4.3.19 | research Rule 23(f) appeals | 2.6 |
| 4.3.19 | researech draft opposition fo Rule 23(f) appeal | 3 |
| 4.4.19 | research draft opposition to Rule 23(f) appeal | 3 |
| 4.5.19 | research draft opposition to Rule 23(f) appeal | 2.1 |
| 4.5.19 | research draft opposition to Rule 23(f) appeal | 1.3 |
| 4.6.19 | research draft opposition to Humana 23(f) | 3.6 |
| 4.6.19 | research draft opposition to Green 23(f) | 2.3 |
| 4.7.19 | research draft opposition to Green 23(f) | 6 |
| 4.7.19 | T/C MS RE schedule and 23(f) | 0.4 |
| 4.8.19 | draft edit opposition to Humana 23(f) email to co-counsel | 3.2 |
| 4.8.19 | draft opposition to Green 23(f); t/c MS | 2.7 |
| 4.9.19 | finalize Green 23(f) opposition; email to co-cousnel | 2 |
| 4.9.19 | t/c MS re 24 hour claim for FLSA and Conn. | 0.7 |
| 4.10.19 | draft edit 23(f) oppositions; summary judgment brief | 6.9 |
| 4.11.19 | edit Green 23(f) opposition; Humana 23(f) 0pp | 1 |
| 4.11.19 | t/c MS re discovery and dispositive extension; summary judgment brief | 0.7 |
| 4.11.19 | Edit sumary judgment brief | 2 |
| 4.12.19 | eidt summary judgment brief | 4 |
| 4.13.19 | edit summary judgment brief | 4 |
| 4.14.19 | finalize summary judgment brief; check statutory cites; finalize statement of facts | 5 |
| 4.15.19 | `Review evidence and edit summary judgment motion | 2 |
| 4.21.19 | Review deposition of CM for summary judgment | 1.7 |
| 4.21.19 | Review depositions for summary judgment | 2.4 |
| 4.22.19 | Review depositions; draft notes re: Humana policy re: lunch and sleep breaks | 3 |
| 4.22.19 | t/c MS re summary judgment motion | 0.5 |
| 4.23.19 | review Kinkead deposition | 0.4 |
| 4.24.19 | emails w MS re Green 23(f) petition | 0.2 |
| 4.25.19 | review Green 23(f) petiiton; draft/research motion to intervene | 2 |
| 4.25.19 | draft/edit opposition to Green 23(f) | 2.1 |
| 4.26.19 | finalize intervention brief in Green 23(f) petition and brief to dismiss and oppose | 2.4 |
| 4.26.19 | review Green evidence from Artemio | 0.5 |
| 5.1.19 | review Green opposition to intervention; emails from GS re: summary judgment evidence | 0.3 |
| 5.6.19 | t/c MS re status/ summary judgment | 0.2 |
| 5.7.19 | edit statement of facts and sJ brief | 3.5 |
| 5.8.19 | edit/draft/review evidence for summary judgment | 3.9 |
| 5.9.19 | edit/draft summary judgment brief | 4 |
| 5.10.19 | revise summary judgment brief | 0.7 |
| 5.11.19 | finalize summary judgment brief and statement of facts | 4.8 |
| 5.12.19 | finalize sj and statement of facts; email to MS et al | 2.4 |
| 5.12.19 | review Green deposition for summary judgment facts | 0.4 |
| 5.13.19 | T/C MS AND AG re summary judgment facts | 0.9 |
| 5.14.19 | review Mathieu deposition for sj facts | 2 |
| 5.15.19 | review caregiver depositions for sj facts ; email to MS and AG | 4 |
| 5.18.19 | Review/research Defendants motion for summary judgment | 1.8 |
| 5.19.19 | research draft opp to humana sj | 4.5 |
| 5.19.19 | research opp to humana sj. Relation back | 1 |
| 5.20.19 | research/draft opp to Humana SJ | 2.5 |
| 5.21.19 | research draft opp to Humana SJ | 4 |
| 5.22.19 | research/draft opp. to Humana SJ | 5 |
| 5.24.19 | t/c w/ co-counsel re response to Humana SJ | 0.4 |
| 5.25.19 | research/draft opposition to Humana SJ | 4 |
| 5.26.19 | research/draft opposition to Humana SJ; draft to co-counsel | 3.1 |
| 5.27.19 | research/draft opposition to Humana SJ; | 2.5 |
| 5.28.19 | reseearch draft opposition to Humana SJ | 2 |

| Date | Description | Hours |
|---|---|---|
| 5.29.18 | research draft opposition to Humana SJ | 3 |
| 5.30.19 | research draft oppositoin to Humana SJ | 2.8 |
| 5.31.19 | research draft opposition to Humana sJ | 3.1 |
| 6.1.19 | research draft opposition to Humana SJ | 2.1 |
| 6.2.19 | research draft opposition to Humana SJ | 1.5 |
| 6.3.19 | research draft opposition to Humana sJ | 3.1 |
| 6.3.19 | research draft oppostioin to Humana Sj | 1.3 |
| 6.4.19 | draft edit opposition to Humana sj | 2 |
| 6.7.19 | draft opposition to Humana sj | 0.4 |
| 6.8.19 | review/revise response to Humana 56.1 | 2.1 |
| 6.9.19 | review/revise response to Humana 56.1 | 3.7 |
| 6.10.19 | REVIEW/EDIT response to Humana 56.1; emails to Artememio re same; t/c Artemio | 2.6 |
| 6.10.19 | draft additional facts for SJ opposition | 0.5 |
| 6.11.19 | review edit oppoisition to Humana SJ | 2.5 |
| 6.12.19 | edit opposition to Humana SJ | 1.8 |
| 6.13.19 | edit/revise opp to Humana SJ | 1 |
| 6.14.19 | finalize opposition to SJ, Rule 56(a)(2) statements; email to co-counsel | 3.1 |
| 6.17.19 | Tc Artemio, Phil B. Julie Friday. | 0.9 |
| 7.1.19 | review opposition to motion for summary judgment/draft reply | 1.5 |
| 7.2.19 | draft/research reply in support of sj | 0.5 |
| 7.3.19 | t/c co-counsel re reply to SJ opposition | 0.5 |
| 7.3.19 | draft/research reply sj brief | 0.5 |
| 7.4.19 | draft/research sj reply brief | 2 |
| 7.5.19 | draft research sj reply brief | 2.2 |
| 7.6.19 | draft sj reply brief | 1.8 |
| 7.6.19 | draft sj reply brief | 1.1 |
| 7.7.19 | draft sj reply brief | 5.8 |
| 7.9.19 | review comment on Defendants response to Plaintiff 56.1 statement of facts. | 1 |
| 7..9.19 | draft sj reply brief | 0.8 |
| 7.10.19 | draft sj reply brief | 2.8 |
| 7.12.19 | draft sj reply brief | 1.8 |
| 7.15.19 | finalize sj reply brief and Rule 51.1 fact reply | 4 |
| 7.15.19 | t/c MS re: reply brief | 0.2 |
| 7.31.19 | review AG questions re calculation of damages; research 29 U.S.C. §207(h)(2); email to AG | 0.9 |
| 8.28.19 | t/c MS re class lists and motion to compel | 0.4 |
| 8.29.19 | t/c MS re summary judgment hearing date | 0.2 |
| 8.30.19 | draft motion re supplemental flsa notice/T/c MS re same | 3.1 |
| 9.1.19 | draft finalize motion, memo, order for supp FLSA notice and other relief | 1.6 |
| 9.5.19 | t/c MS re stipulation strategy; review emails re same | 0.5 |
| 9.18.19 | t/c MS and PB re: reply in support of class data and stip motion; strategy re same | 1.2 |
| 9.18.19 | review Humana opposition to class data motion | 0.2 |
| 9.23.19 | research reply in support of notice motion and alleged change in legal theory | 1.2 |
| 9.29.19 | draft reply brief in support of supp. Notice | 3.2 |
| 9.30.19 | t/c MS and draft reply brief | 1.5 |
| 10.08.19 | finalize supp. Notice reply brief; email to MS | 2 |
| 10.16.19 | t/c MS and AG re renewed class motion in green | 0.5 |
| 10.16.19 | research proper way to move to stay green class motion; email to co-counsel | 0.6 |
| 10.22.19 | t/c MS and PB re: Green class and stip re class addresses | 0.6 |
| 11.14.19 | prep for oral argument; research change in legal intepretation | 7 |
| 11.15.19 | prep for summary judgment argument; research | 5.5 |
| 11.16.19 | prep for summary judgment argument; research | 5.8 |
| 11.17.19 | prep for oral argument | 0.4 |
| 11.18.19 | prep for oral argument summary judgment | 4 |
| 11.19.19 | prep for oral argument summary judgment | 3 |
| 11.20.19 | prep for and attend oral argument motions for summary judgement | 4.5 |
| 12.05.19 | Review Humana notice of supp. Authority and Bonn-Wittingham cases; email to co-counsel | 2 |
| 12.06.19 | draft/research response to Humana notice of supplemental authority | 5 |

| Date | Description | Hours |
|---|---|---|
| 12.06.19 | t/c co-counsel re: brief in reply to supp authority; Green class certification issues; mediator selection | 0.9 |
| 12.11.19 | edit brief in response to supplemental authority | 1 |
| 01.02.20 | review Green class amici motion and brief; t/c MS | 1 |
| 01.03.20 | review/edit amici motion/brief in Green | 1.8 |
| 04.01.20 | Reivew opinion; cases cited by Court; email to co-counsel | 1 |
| 04.02.20 | t/c co-counsel re trial prep | 1.3 |
| 4.5.20 | research jury instructions | 2 |
| 4.6.20 | research jury instructions | 1 |
| 4.7.20 | research jury instructions | 2 |
| 4.7.20 | t/c MS re jury strategy | 0.9 |
| 4.8.20 | draft jury issues and instructions | 1 |
| 4.9.20 | draft jury inssues and instructions | 2.7 |
| 4.10.20 | draft/reseearch jury questions and insturctioins; email to co-counsel | 5.4 |
| 4.13.20 | rsearch/draft opp to Humana motion to decert | 3 |
| 4.14.20 | draft/research opp to Humana motion to decert | 6.8 |
| 4.15.20 | review Judge Meyer's pre-trial mem order; email to co-counsel | 0.2 |
| 4.15.20 | research/draft/finalize Opp to motion to decert | 4 |
| 4.15.20 | draft joint pre-trial memo | 0.3 |
| 4.15.20 | t/c co-counsel re: pre-trial order and opp to motion to decertify | 1.4 |
| 4.22.20 | research/finalize opp to motion to decert | 3 |
| 4.23.20 | review court scheduling order; draft motion for court to calculate damages | 3 |
| 4.24.20 | depo designations for Caillo | 1 |
| 4.24.20 | t/c co-counsel re trial plan issues; review Court order re same and email to co-counsel | 0.9 |
| 4.25.20 | redraft conclusion to Opp to motion to decert | 0.7 |
| 4.25.20 | depo designations Naghsh; Robbie Matuusz | 1.5 |
| 4.27.20 | t/xc MS re trial strategy | 0.3 |
| 4.28.20 | review depo. Of M Antwi | 0.8 |
| 4.29.20 | review evidence from Green; depo 2 of Matusz; location of Allen, Driscoll, Ngash, Matusz. | 2.5 |
| 5.02.20 | Review depositions of Plaintiffs; research 785.22 | 3.6 |
| 5.03.20 | edit jury instructions and verdict form | 1.8 |
| 5.03.20 | research burden of proof for regular rate | 1 |
| 5.05.20 | research 785.22 cases | 2 |
| 5.15.20 | t/c MS and AG re revised initial disclosures and trial strategy | 1.2 |
| 5.17.20 | research offer of judgment cases | 1.7 |
| 5.17.20 | t/c MS re offer of judgment | 0.6 |
| 5.18.20 | research offer of judgment; memo to co -counsel | 5.1 |
| 5.21.20 | research rule 407 cases | 0.4 |
| 5.28.20 | research 2020 §785.22 cases | 0.5 |
| 6.10.20 | T/c with co-counsel re: request for mediation | 0.5 |
| 7.21.20 | t/c with co-counsel re: mediation position | 2 |
| 7.24.20l | email re result of mediatoin | 0.1 |
| 7.29.20 | t/c co counsel re mediator's call for further discussions | 1 |
| 8.18.20 | t/c MS re: Future Care and decertification argument | 0.3 |
| 8.19.20 | review Future Health Care; email to co-counsel re same | 0.5 |
| 8.22.20 | review Defendants notice of supplemental authority; draft response | 1.5 |
| 8.23.20 | draft response to notice of supplemental authority; email to co-counsel | 3.5 |
| 8.25.20 | t/c co-counsel re Moreno | 0.6 |
| 8.27.20 | revise response to supp authority (Moreno); research 785.22 cases | 3.5 |
| 8.28.20 | revise response to supp authority (Moreno); | 3.6 |
| 10.11.20 | t/c co-counsel re: settlemtn and offers of judgment | 1 |
| 10.13.20 | review emails from co=counsel re settlement; edit letter re offer of judgment | 0.2 |
| 10.14.20 | t/c co counsel re response to Humana offer | 0.8 |
| 10.19.20 | t/c MS re hearing 10.19.20 | 0.1 |
| 10.20.20 | email to MS re scope of release | 0.1 |
| 10.20.20 | reseearch scope of class release in 2d cir. | 0.5 |
| 10.30.20 | emails re settlement problem | 0.3 |
| 11.2.20 | t/c MS re settlement status and strategy | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 11.5.20 | t/c with cocounsel re adding additional class members | 1 |
| 11.9.20 | reveiew MOA for settlement; email co-counsel | 0.2 |
| 11.9.20 | t/c co-cousnel re MOA | 0.2 |
| 1.05.21 | review/edit settlement notice | 1.5 |
| 1.05.21 | t/c co counsel re settlement notice issues | 1.8 |
| 1.06.21 | draft class notice | 3.6 |
| 1.06.21 | t/c co-counsel re notice and settlement issues | 1 |
| 1.06.21 | Review PB edits to notice; email | 0.3 |
| 1.15.21 | t/c co counsel re cutoff date and release issues; emails re data | 1.1 |
| 1.16.21 | Review cases from P Bohrer; email co-counsel re settlement calculation possibilities. | 0.9 |
| 1.16.21 | Review/comment/redline settlement agreement from Defendants | 4.5 |
| 1.17.21 | review/comment/redline settlement agreement from Defendants; email to co-counsel | 0.6 |
| 1.19.21 | Review/comment/redline settlement agreement from Defendants | 2.3 |
| 1.19..21 | /TC co counsel re: settlement agreement | 1.5 |
| 1.19.21 | EDIT SETTLEMENT AGREEMENT | 1 |
| 1.20.21 | edit settlement agreement; email to co-counsel | 5 |
| 1.21.21. | edit settlement agreement; email to co-counsel | 1.5 |
| 1.21.21. | further edits; email to co-counsel | 0.5 |
| 1.30.21 | Review Ex. A allocation draft; email to co-counsel commenting on same | 0.7 |
| 2.1.21 | email re damage calculations | 0.2 |
| 2.1.21 | t/c co counsel re damage allodcation | 1.5 |
| 2.3.21 | edit/comment Allocation formula; email to co counsel | 0.5 |
| 2.3.21 | t/c MS re Allocation formula draft for review | 0.1 |
| 2.8.21 | Draft motion for prliminary approval | 2.1 |
| 2.8.21 | Draft motion for preliminary approval | 1.5 |
| 2.8.21 | Draft motion for preliminary approval | 2 |
| 2.8.21 | t/c co-counsel and Def. counsel re settlement agreement | 1.5 |
| 2.9.21 | draft motion for preliminary approval | 2.5 |
| 2.10.21 | research draft preliminary approval brief | 1.4 |
| 2.10.21 | research draft preliminary approval brief | 2 |
| 2.10.21 | emails MS re: Claim Admin cost and overuns | 0.1 |
| 2.10.21 | research draft preliminary approval brief | 1.2 |
| 2.11.21 | review/comment on alloication fromula | 0.3 |
| 2.11.21 | t/x co-counsel | 0.3 |
| 2.12.21 | final review comments on settlement agreement | 1.5 |
| 2.12.21 | final review comments on settlement agreement | 1 |
| 2.12.21 | final review allocation | 0.3 |
| 2.17.21 | Draft motion for preliminary approval | 6.9 |
| 2.18.21 | review motion to court; emails | 0.2 |
| 2.25.21 | t/c co-counsel re settlement | 1.4 |
| 2.25.21 | edit preliminary approval brief; email to co-counsel | 1.1 |
| 2.26.21 | edit preliminary approval brief; email to co-counsel | 1.3 |
| 3.03.21 | review PB edits to DG edits to notice; email to co counsel | 0.2 |
| 3.03.21 | t/c PB re magistrate hearing and approval order | 0.3 |
| 3.05.21 | draft prelim approval order | 0.5 |
| 3.06.21 | review DG comments on Agreement and P.A. order; email to co-counsel | 0.4 |
| 3.08.21 | t/c co counsel; edit SA; review order granting preliminary approval; emails | 0.6 |
| 4.12.21 | review order granting preliminary approval | 0.1 |
| 8.8.21 | Review hours and draft fee declaration | 1 |
| | **TOTAL** | **670.2** |